

## Henderson County Public Library
## Employment Agreement

# Director

THIS EMPLOYMENT AGREEMENT ("Agreement") is made and entered into this 29th day of July, 2015, by and between the HENDERSON COUNTY PUBLIC LIBRARY BOARD OF TRUSTEES, (hereinafter referred to as the "BOARD"), organized under KRS 173, and located at 101 South Main Street, Henderson, Kentucky 42420, and CALEB H. MAY, (hereinafter referred to as the "DIRECTOR" or "EMPLOYEE").

**WITNESSETH:**

WHEREAS, the Board desires to employ the services of Caleb May as Director of the Henderson County Public Library (hereinafter referred to as the "LIBRARY"); and

WHEREAS, it is the desire of the Board to provide certain benefits, establish certain conditions of employment, and to set working conditions for the said Director; and

WHEREAS, it is the desire of the Board to (1) secure and retain the services of the Director and to provide inducement for the Director to remain in such employment, (2) make possible full work productivity by assuring the Director's morale and peace of mind with respect to future security, (3) act as a deterrent against malfeasance or dishonesty for personal gain on the part of the Director, and (4) provide just means for terminating the Director's services at such time as the Director may be unable to fully discharge assigned duties or when the Board may otherwise desire to terminate the Director's employment; and

WHEREAS, Caleb May desires to accept employment as Director of the Library pursuant to the terms and provisions of this Agreement;

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the parties agree as follows:

### Section 1. Duties

A.    The Board hereby agrees to employ Caleb May as Director to perform the functions and duties as specified in the attached Henderson County Public Library District position description, Director, attached hereto as Exhibit A, together with all duties as are usually considered to be within the scope of the position of Director, and to perform other permissible and proper duties and functions as the Board shall from time to time assign to the Director. The Director will be in active charge of the management and operation of the Library including the hiring, supervision, evaluation, and discipline of employees, subject to the applicable laws and regulations of the United States, the State of Kentucky, and the Board, now in existence or as subsequently adopted, altered or amended. Such duties shall be performed faithfully, to the best of the ability of the Employee, and in a manner satisfactory to the Board.

### Section 2. Term.

A.    Unless earlier terminated as provided herein, the Director's employment under this agreement shall be a period of one (1) year (the "Term") and shall commence on September 1, 2015. This agreement may be extended on the same terms and conditions as provided herein, or as amended by mutual agreement of the parties, for an additional one (1) year term beginning on September 1, 2016, and the said agreement may continue thereafter for successive one year term periods unless either party gives written notice to the

other party that the party does not wish to extend this agreement. Neither party is under any obligation to extend this agreement past the first one-year term.

B.  Notwithstanding the employment term set forth in paragraph a) above, the Board has the right, at any time, to terminate the Director for cause, said cause defined as follows:

(i)  an act or acts of fraud or material misrepresentation by Director.

(ii)  misappropriation, embezzlement, theft or willful damage of or to any asset of the Board by Director or the inappropriate use of any Board funds or assets by Director.

(iii)  a determination by the Board that Director has committed an act of gross negligence or willful misconduct which has, or could reasonably be expected to have, an adverse effect on the business or affairs of the Board.

(iv)  a determination by the Board that Director has failed to carry out his duties satisfactorily.

(v)  any criminal or illegal act (except for traffic offenses and misdemeanors not involving moral turpitude or dishonesty) or any act of moral turpitude or involving dishonesty or unethical business conduct by Director which adversely, whether directly or indirectly, affects the name, reputation or good will of the Board.

(vi)  failure of Director to obey reasonable orders given by the Board.

(vii)  any breach by Director of this agreement or the Board's established rules or policies.

C.  This Agreement shall become effective as of September 1, 2015 and shall continue except as provided herein. The Director shall assume his duties by no later than September 1, 2015 unless amended by mutual agreement of the parties.

## Section 3. Salary and Performance Evaluation

A.  The Board agrees to pay the Director for services rendered pursuant hereto an annual base salary of seventy-five thousand dollars ($75,000.00), payable in installments at the same time as other employees of the Library are paid. It is agreed that the Director shall receive any annual cost-of-living adjustment (COLA) awarded by the Board at the same time and the same rate paid other employees of the Library.

B.  The Board shall review and evaluate the performance of the Director at the end of the first year of his employment, and if such evaluation is determined to be satisfactory, his compensation may be increased in such amounts as the Board shall determine to be appropriate per performance. Thereafter, the Board shall review and evaluate the performance of the Director on an annual basis and his compensation may be adjusted in such amounts as the Board shall determine to be appropriate per his performance.

C.  Said review and evaluation shall be in accordance with criteria developed by the Board. Said criteria may be added to or deleted from as the Board, from time to time may determine, in conference with the Director. The President of the Board shall provide the Director with a written summary statement of the findings of the Board during such evaluation, and provide adequate opportunity to the Director to participate and discuss his evaluation with the Board.

D.  In effecting the provisions of this Section, the Board and the Director mutually agree to abide by the provisions of applicable law.

## Section 7. Moving and Relocation Expenses

A.  The Director shall be reimbursed, or the Library may pay directly, for the expenses of packing and moving the Director, his family, and his personal property from his present location to Henderson, Kentucky with said moving expenses to include packing, moving, unpacking, and insurance charges

A.     No modification of this Agreement shall be made unless in writing and executed by the Employee and by the President of the Board.

B.     This Agreement contains the sole and entire agreement between the Board and the Employee regarding the conditions of employment.  The Board and the Employee agree that no other representations have been made by either party in respect to conditions of employment.

C.     This Contract shall be binding upon this Board and on the subsequent Boards during the term of this contract.

IN WITNESSETH WHEREOF, the President of the Board of Trustees of the Henderson County Public Library District, and Caleb H. May do set their hands in agreement this 29th day of July, 2015.

BOARD OF TRUSTEES OF THE HENDERSON COUNTY PUBLIC LIBRARY DISTRICT

By: _____          _____
       (President of the Board)                                   (Employee)

Date: _July 29, 2015_____          _____