**Statement from Caleb for the library board**

Sarah May <sarahrn81@hotmail.com>

Wed 6/10/2020 2:51 PM

To: joanhoffman610@gmail.com <joanhoffman610@gmail.com>; apotts@hcpl.org <apotts@hcpl.org>

Statement for Caleb for the library board:

I believe that my actions and accomplishments have proven me to be an effective librarian for our community and I believe that I can continue to do so.  I understand this is a significant bump in the road, but no matter how hard the road may be, I will continue to stand and manage the Henderson County Public Library District to the best of my abilities with the help of each and every one of you, my colleagues, my professional and work ethics, my integrity, my faith, my managers, employees, and the public.  My official record stands for itself.  I made a momentary lapse in judgement under extreme stress, worry, and strain.

Tensions in the world right now could not be higher.  I recognize that you are the appointed representatives of this community and my livelihood here is in your hands.  Henderson has become home for me and my family.  We truly wish to stay here to continue to build relationships with ALL of the PEOPLE of Henderson county.