

## Case Assignment
## Standard Civil Assignment

Case number **4:20CV-108-JHM**

Assigned : Senior Judge Joseph H. McKinley Jr.
Judge Code : 4414

Assigned on 7/13/2020 9:11:23 AM
Transaction ID: 38149

Request New Judge     Return