**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **CALEB H. MAY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **HENDERSON COUNTY PUBLIC** | ) | |
| **LIBRARY,** | ) | |
| | ) | |
| **JOAN HOFFMAN, Individually and in** | ) | |
| her Official Capacity as Trustee, | ) | |
| | ) | |
| **SUSAN THURMAN, Individually and in** | ) | **Case No. 4:20-cv-00108-JHM-HBB** |
| her Official Capacity as Trustee, | ) | |
| | ) | **JURY DEMAND** |
| **STEVE TWEDDELL, Individually and in** | ) | |
| his Official Capacity as Trustee, | ) | |
| | ) | |
| **BOBBIE JARRETT, Individually and in** | ) | |
| her Official Capacity as Trustee, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **ARLENE ALEXANDER, Individually** | ) | |
| and in her Official Capacity as Trustee, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER GRANTING PRELIMINARY INJUNCTION

This matter having come before the Court and being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1.     The Plaintiff's Motion for Preliminary Injunction is GRANTED.

2.     The Defendant, Henderson County Public Library, shall immediately reinstate the Plaintiff, Caleb H. May, to the position of Director of the Henderson County Public Library until further orders of the Court.

This _____ day of _____, 2020.

_____
Judge

<u>Tendered by:</u>

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*

<u>Copies to:</u>

Henderson County Public Library
101 S Main Street
Henderson, KY 42420

Joan Hoffman, President of the Board of Trustees
c/o Henderson County Public Library
101 S Main Street
Henderson, KY 42420

Susan Thurman, Secretary of the Board of Trustees
c/o Henderson County Public Library
101 S Main Street
Henderson, KY 42420

Steve Tweddell, Treasurer of the Board of Trustees
c/o Henderson County Public Library
101 S Main Street
Henderson, KY 42420

Bobbie Jarrett, Trustee
c/o Henderson County Public Library
101 S Main Street
Henderson, KY 42420

Arlene Alexander, Trustee
c/o Henderson County Public Library
101 S Main Street
Henderson, KY 42420