246091

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-108-JHM

CALEB MAY                                                     PLAINTIFF

v.

HENDERSON COUNTY PUBLIC LIBRARY; *et al.*                    DEFENDANTS

---

## NOTICE OF ENTRY OF APPEARANCE

---

Notice is hereby given that the undersigned, Stacey A. Blankenship and Kristen N. Worak, of the law firm of Keuler, Kelly, Hutchins, Blankenship, and Sigler, enter their appearance as counsel for Defendants Henderson County Public Library, Joan Hoffman, Susan Thurman, Steve Twedell, Bobbie Jarrett and Arlene Alexander.

Please direct all correspondence, pleadings, and other matters filed in this action to the undersigned.

Respectfully submitted,

KEULER, KELLY, HUTCHINS.
BLANKENSHIP, & SIGLER LLP
100 South 4th Street, Suite 400
Paducah, KY 42001
Phone 270-448-8888 / Direct: 270-448-0999
Fax 270-442-0998

By: /s/ Stacey A. Blankenship
        Stacey. A. Blankenship
        Kristen N. Worak

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to the following:

BRIAN SCHUETTE
SCHUETTE LAW GROUP
719 DISHMAN LANE EXT.
BOWLING GREEN, KY 42104
Email: brian @slg.legal
*Counsel for Plaintiff*

By: /s/ Stacey A. Blankenship
     Stacey A. Blankenship