# Exhibit A

HENDERSON COUNTY PUBLIC LIBRARY DISTRICT BOARD OF TRUSTEES
MINUTES OF THE REGULAR BOARD MEETING
JUNE 11, 2020 12:00 P.M.
HENDERSON, KENTUCKY

**CALL TO ORDER:** President Joan Hoffman called the meeting to order at 12:00 p.m.

**ROLL CALL:**  Present: Arlene Alexander; Joan Hoffman; Susan Thurman; Bobbie Jarrett; Steve Tweddell.
Also in attendance: Amber Potts, Assistant Director; Tammy DeKemper, Financial Clerk; Chris Hopgood, Board Attorney; Tim Skinner, Skinner, and Associates; Jason Southwell, Hafer.

**PUBLIC COMMENT:**
138 emails to the general library account printed and entered as public comment.

| | |
|---|---|
| Rev. Charles Johnson, Human Rights Commission | Henderson, Kentucky |
| Rev. Anthony Brooks | Henderson, Kentucky |
| Bobby Bridges | Henderson, Kentucky |
| Cameron Jarrett | Henderson, Kentucky |
| Deborah Hoda, NAACP | Henderson, Kentucky |
| Deirdre McConathy | Henderson, Kentucky |
| Carol Williams | Henderson, Kentucky |
| India Neville | Henderson, Kentucky |
| Jessie Southard | Henderson, Kentucky |
| Belle Townsend | Henderson, Kentucky |
| Darla Jones | Corydon, Kentucky |
| Grace Henderson | Henderson, Kentucky |
| Deborah Hoda | Henderson Kentucky |
| Cameron Jarrett | Henderson, Kentucky |
| Jay Randolph | Henderson, Kentucky |

**APPROVAL OF MINUTES:** The minutes of the May 14, 2020, Regular Board Meeting, the May 29, 2020, Special Called Board Meeting, and the June 9, 2020, Special Called Board Meeting had been emailed to the Trustees prior to the meeting.

☐ Susan Thurman made a motion to accept the minutes of the May 14, 2020, Regular Board meeting. Second, Steve Tweddell. All aye. Motion carries.
☐ Susan Thurman made a motion to accept the minutes of the May 29, 2020, Special Called Meeting. Second, Arlene Alexander.  All aye. Motion carries.
☐Steve Tweddell made a motion to accept the minutes of the June 9, 2020, Special Called meeting. Second, Arlene Alexander. Motion Carries.

**PRESENTATION OF FINANCIAL REPORT—May 2020:** The Financial report was emailed to the Trustees before the meeting. Financial Clerk Tammy DeKemper presented the report.

☐ Steve Tweddell made a motion to file the financial report for audit. Second, Bobbie Jarrett. All aye. Motion carries.

REGULAR BOARD MEETING—JUNE 11, 2020

**APPROVAL OF ITEMIZED EXPENDITURES—May 2020:** The itemized expenditures report was emailed to the Trustees before the meeting. Financial Clerk Tammy DeKemper presented the report.

 ☐ Steve Tweddell made a motion to accept the itemized expenditures report. Second, Arlene Alexander. All aye. Motion carries.

**REPORT OF DIRECTOR:** Assistant Director Amber Potts stated she did not have a report for the Trustees.

**OTHER BUSINESS:**

**Presentation of Final Furnishings Package, Jason Southwell, Hafer.:** Jason Southwell presented the third and final phase of the furnishing package for the expansion and renovation project. He reminded the Trustees the majority of the budget had been approved at prior meetings. To date, the total furnishing costs from the previous two phases are $63,544.90 lower than the initial quote. Mr. Southwell asked the Trustees to approve final costs to KPC of $114,740.11 which amounts to a total for all furnishings to not exceed $441,421.67.

 ☐Bobbie Jarret made a motion to approve the final costs from KPC of $114,740.11 which amounts to a total not to exceed for all furniture of $441,421.67. Second, Steve Tweddell. All aye. Motion carries.

**Library Renovation and Expansion Project—Construction Update:** Tim Skinner gave the construction update. The circulation desk and shelving installation will begin next week. The cladding on the exterior is 75% complete.

Steve Tweddell suggested to the Trustees for discussion regarding adding a Human Resources position at the library to be added to the next meeting's agenda.

**EXECUTIVE SESSION TO CONSIDER PERSONNEL MATTERS:**

 ☐Steve Tweddell made a motion to enter into Executive Session. Second, Susan Thurman. All aye. Motion carries.

Amber Potts exited the meeting 1:28.

Amber Potts entered the meeting 1:55.

 ☐ Bobbie Jarrett made a motion to return to open session. Second, Susan Thurman. All aye. Motion carries

 ☐Susan Thurman made a motion to not renew Caleb May's contract and begin the search for a new director. Second, Bobbie Jarrett. Amber Potts called roll for the vote.

| | |
|---|---|
| Bobbie Jarrett Aye | Susan Thurman Aye |
| Arlene Alexander Aye | Joan Hoffman Aye |
| Steve Tweddell Aye | |
| Motion carries. | |

REGULAR BOARD MEETING—JUNE 11, 2020

☐Arlene Alexander made a motion for Caleb May to be placed on administrative leave immediately and until further notice. Second, Steve Tweddell. Amber Potts called roll for the vote.

Bobbie Jarrett Aye          Susan Thurman Aye
Arlene Alexander Aye        Joan Hoffman Aye
Steve Tweddell Aye
Motion carries.

**NEXT MEETING:** The July regular board meeting will be Thursday, July 9, 2020, at noon.

**ADJOURNMENT:** There being no further business, the meeting was declared adjourned at 2:00 p.m.

Minutes were taken by Amber Potts, Assistant Director.

_____, President

_____, Secretary

_____, Director

*The Henderson County Public Library provides access to information and opportunities to pursue lifelong learning, economic and cultural enrichment, and recreational enjoyment.*