246741

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-108-JHM

CALEB MAY                                                    PLAINTIFF

v.

HENDERSON COUNTY PUBLIC LIBRARY; *et al.*                    DEFENDANTS

---

**EXHIBIT FILED CONVENTIONAL**

---

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

# Exhibit B:    Recording of Zoom conference