# Exhibit C

Contact US - Google Forms

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 3 of 114 PageID #: 114 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions   Responses  450

## Comments or Questions *

In light of the recent events, I just wanted to speak to the issue of Caleb May. Caleb has always been a wonderful library manager. We support him to the fullest extent. We are thankful that he has been in the position that he has. He should have the freedom to post his opinions on his personal Facebook, especially posting something so supportive of all lives. Caleb has always been a man of character. We support him and believe that it is appalling that his job would be in question over something like this.

Submitted 6/5/20, 10:18 PM

## Contact US



Questions   Responses  450

# 450 responses

Accepting responses

Summary          Question          Individual

< 338 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations

Name *

Matthew Taylor

Email *

mrtaylor7@gmail.com

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 5 of 114 PageID #: 116

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

**Comments or Questions ***

Caleb May is not a racist. I have known Caleb and his family nearly the entire time they have been in Henderson. I have served in several ministries with him at our church and we attend the same bible study group. I know him personally to be a highly intelligent, kind, compassionate, a faithful father and a trusted friend. It is based out of my personal knowledge of Caleb that I can systematically reject the inflammatory assertion that he is somehow a racist. There are many on social media that fan the flames of racial animosity and in recent days have taken advantage of the negative spotlight brought on by violent protest across our nation. I believe some of these same people have literally attributed words to Caleb that he has not spoken. I will not stand by idly while some morally bankrupt armchair commandos soil the good name of my friend. Members of the Henderson county library board, you also know Caleb. He is a good man. He is NOT a racist. I am praying for each and every one of you that you have the moral integrity and the intestinal fortitude to make the right decision regarding Caleb. It is also my prayer that you not cower to the will of those who by social media manipulation and race baiting are attacking my good friend.

*Submitted 6/6/20, 10:54 AM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 6 of 114 PageID #: 117

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



## Contact US

Questions     Responses  450

# 450 responses

Accepting responses ○

Summary          Question          Individual

< 339⊞ of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

Public Relations ▼

**Name ***

Katherine Ethridge

**Email ***

katethridge@gmail.com

   

 Questions    Responses    450

## Comments or Questions *

I would like contact information for your board of directors. Caleb May's racist comments are not okay and I will continue to contact until I have been in direct contact with a board member to give me answers on how the library will respond.

*Submitted 6/6/20, 12:20 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 8 of 114 PageID #: 119



Contact US

Questions    Responses  450

## 450 responses

Accepting responses

Summary              Question              Individual

< 340 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations ▼

Name *

Kirt Ethridge

Email *

wgtmkt@gmail.com

6/8/2020, 8:47 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 9 of 114 PageID #: 120

   

Questions    Responses

**Comments or Questions \***

I am writing to request that executive director Caleb May is removed from his position due to his racist statements posted on Facebook.

On Facebook, he said, "I find it extremely hypocritical and actually very racist that most of the people yelling "Black Lives Matter" have no problem with black-on-black crime, black-on-white crime, or even the liberal holocaust that murders millions of black unborn babies every year. What they really mean is, Black VOTES matter (as long as they remain highly triggerable in election years, don't hold democrats accountable for destroying black families and opportunities, and remain faithful to the democratic plantation.)"

This statement is racist, inflammatory, and unbefitting of a public library director. Public libraries serve all people. Mr. May's words show that he does not actually embody HCPL's mission statement or vision statement.

Please relay this letter to the Board of Trustees.

Submitted 6/6/20, 12:22 PM

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 10 of 114 PageID #: 121

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



6/8/2020, 8:48 AM

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 11 of 114 PageID #: 122

   

Questions   Responses

**Comments or Questions \***

I was completely shocked to see a post from your director that was so blatantly racist and disgusting. Those statements will not be tolerated by the community. I sincerely hope this is proven to be an error or hoax, but if this statement was genuinely made made by your director, any apology that does not include his immediate resignation is worthless. Please address this swiftly.

*Submitted 6/6/20, 12:29 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 12 of 114 PageID #: 123https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 13 of 114 PageID #: 124
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

Comments or Questions *

There are certain things that have been brought to my attention. that someone is trying to paint Caleb May as a racist. well I'm on here to set the record straight. I'm a youth leader of 13 years at Zion Baptist Church. i am a well respected person within our community. I know Caleb very well he stands for the love of Christ for everyone! he is also a guy willing to pray for you at anytime. in this day and time that is very rare and for someone to paint him as a racist is absurd listen to all the facts not just some IF you have any questions I could answer email me at hulkamania0@yahoo.com I'd be happy to email you and talk

*Submitted 6/6/20, 12:30 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 14 of 114 PageID #: 125 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary          Question          Individual

< 343 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question

Name *

Sam Kennefick

Email *

Sckennefick@gmail.com

6/8/2020, 8:49 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 15 of 114 PageID #: 126
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions    Responses

**Comments or Questions ***

I demand the removal of your library director for racist ideologies being posted on Facebook. This does not promote the library as a safe space.

Submitted 6/6/20, 12:42 PM



## Contact US

Questions    Responses 450

## 450 responses

Accepting responses ⬤

Summary          Question          Individual

< 344 of 450 >                              🖨 🗑

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

General Comment/Question ▼

**Name ***

Sydney Stabler

**Email ***

sstabler@umich.edu

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 17 of 114 PageID #: 128

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions     Responses  450

## Comments or Questions *

Libraries are supposed to be a place of peace for EVERYONE and you can't foster such an environment when the executive director is a racist. Remove him and weed out other bigots. Otherwise you're turning your back on the mission of public libraries.

*Submitted 6/5/20, 12:43 PM*

2 of 2

6/8/2020, 8:49 AM



## Contact US

Questions    Responses  450

# 450 responses

Accepting responses

Summary              Question              Individual

‹    345 of  450    ›

Responses cannot be edited

# HCPL Contact Us

\* Required

**Department \***

General Comment/Question ▾

**Name \***

Lindsay murphy

**Email \***

Lphilli7@ycp.edu

   

Questions     Responses

**Comments or Questions \***

I was recently told about the comments made by a staff member, Caleb May. While I am not from the area, I am a librarian and believe in the guiding principles of
Our job. It is not possible to effectively work with the public with ideals such as his, and he should not be allowed to retain the position he hold. It is disheartening to me to see a librarian has said such demeaning things about other Americans.

*Submitted 6/6/20, 12:43 PM*

## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary                Question                Individual

<    346 of  450    >                                          🖨    🗑

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

General Comment/Question    ▼

**Name ***

Vincent Gutierrez

**Email ***

Vincente.gutierrez@att.net

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 21 of 114 PageID #: 132

   

Questions    Responses

## Comments or Questions *

I find the library's executive director's (Caleb May's) Facebook post extremely inappropriate and racist. He should not be in his position.

*Submitted 6/6/20, 12:45 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 22 of 114 PageID #: 133

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



## Contact US

Questions    Responses **450**

## 450 responses

Accepting responses

Summary    Question    Individual

< 347 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department \***

General Comment/Question ▼

**Name \***

Dawn Betts-Green

**Email \***

cdbettsgreen@gmail.com

1 of 2

6/8/2020, 8:50 AM

   

Questions    Responses

Comments or Questions *

The recent post by Caleb May on his personal account reflects exactly the opposite of the central values and tenets of our field.  It is unacceptable that a librarian would present such views ever, let alone at a time when our Black communities need us more than ever.

*Submitted 6/6/20, 12:47 PM*



6/8/2020, 8:51 AM

Contact US - Google Forms    https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions    Responses

**Comments or Questions ***

Hello,
Your executive director, Caleb May, recently made a public Facebook comment spreading racist rhetoric of a very upsetting nature. I believe that his position, if not his employment, should be reconsidered by the appropriate board. Thank you.

Submitted 6/6/20, 12:49 PM

## Contact US

Questions    Responses  450

## 450 responses

Accepting responses

Summary    Question    Individual

‹  350 of  450  ›

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations

Name *

Bridget S.

Email *

Bridgetscheffler@gmail.com

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 27 of 114 PageID #: 138

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions    Responses

## Comments or Questions *

The comments made on your library director's personal Facebook page about the BLM movement are shameful to our profession. They do not uphold the ethics and principles stated by ALA and they pose a threat to equality in your community. In order to provide equal access, libraries must be on the forefront of helping those in need, whose communities are hurting. Given the highly sensitive subject matter, I would hope that someone in a position of power would either keep these divisive opinions to themselves or choose to support matters of great importance to the community. I am severely disappointed. These comments threaten the reputation of one of the most trusted institutions in America. I hope that your board will choose to take action.

*Submitted 6/6/20, 12:49 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 28 of 114 PageID #: 139



## Contact US

Questions    Responses **450**

## 450 responses

Accepting responses

Summary          Question          Individual

< 351 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

General Comment/Question ▾

**Name ***

Tess Winter

**Email ***

tesseevaa@gmail.com

6/8/2020, 8:52 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 29 of 114 PageID #: 140
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions    Responses

**Comments or Questions \***

Your library director is inherently racist and needs to be fired immediately. Libraries are for EVERYONE and this behavior is disgusting and unaccountable.

*Submitted 6/6/20, 12:50 PM*



   

Questions     Responses   450

## Comments or Questions *

Caleb May's racist statements on his personal Facebook page are unacceptable and counter to HCPL's stated vision of connecting its entire community with resources, services, and ideas. Please render Caleb May accountable not just to board leadership, but to the citizens of Henderson County, who deserve better from their public library.

*Submitted 6/6/20, 12:50 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 32 of 114 PageID #: 143 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Contact US

Questions    Responses 450

## 450 responses

Accepting responses

Summary            Question            Individual

‹    353 of    450    ›

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▾

Name *

Alison Lotto

Email *

Allotto@gmail.com

6/8/2020, 8:53 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 33 of 114 PageID #: 144

  

Questions    Responses

## Comments or Questions *

Please hold your director accountable for his racist statements. Librarians should be held to a high standard, as their role is to provide a public service to all patrons regardless of race (or creed, sexuality etc). These statements not only alienate your black patrons but show that your library is not a place for a free and open exchange of ideas.

Submitted 6/6/20, 12:51 PM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 34 of 114 PageID #: 145

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



## Contact US

Questions    Responses    450

# 450 responses

Accepting responses

Summary              Question              Individual

< 354 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▾

Name *

Andrea Belair

Email *

andreabelair@gmail.com

1 of 2                                                                                      6/8/2020, 8:53 AM

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 35 of 114 PageID #: 146 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

Comments or Questions *

Hello, please pass this message on the board of directors. I have seen that your library director has been making public racist statements. I hope that you understand that this is not supported by the ALA or librarian code of ethics. Thank you.

*Submitted 6/6/20, 12:51 PM*

## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary    Question    Individual

< 355 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Bailey A.

Email *

baileyanderson327@gmail.com

  

Questions    Responses

## Comments or Questions *

Hello! I wanted to bring to your attention the commentary made on the Black Lives Matter movement by your executive director, Caleb May. Here is a transcript:

"I find it extremely hypocritical and actually very racist that most of the people yelling "Black Lives Matter" have no problem with black-on-black crime, black-on-white crime, or even the liberal holocaust that murders millions of black unborn babies every year. What they really mean is, Black VOTES matter (as long as they remain highly triggerable in election years, don't hold democrats accountable for destroying black families and opportunities, and remain faithful to the democratic plantation.)"

While I understand that this is the director's personal social media account, as a librarian myself I believe that the principles of librarianship are incongruous with these statements, and in all actuality, puts members of your community at risk, especially community members of color who deserve to feel safe in the library, and, with someone like this as the head of the library, now cannot possibly feel safe in this community space.

I can't help but notice, upon perusing your website, that your vision is to "connect the entire community with resources, services, and ideas!" I'm writing to tell you that you cannot possibly do that with a director who makes statements like the one above, even on a personal profile.

Please hold him accountable for this, and replace him with a director committed to the principles of anti-racism, cultural humility, and continual learning and growth.

Thank you,
Bailey

Submitted 6/6/20, 12:52 PM



   

Questions    Responses

**Comments or Questions \***

These comments are totally unacceptable especially from someone who should work tirelessly to include everyone. Public service has no place for this person

*Submitted 6/6/20, 12:54 PM*



6/8/2020, 8:54 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 41 of 114 PageID #: 152 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions   Responses

## Comments or Questions *

I am concerned about the comments posted by Caleb May on his personal FB page. How can he have the cultural competence to manage other people and your library?

*Submitted 6/6/20, 12:54 PM*

6/8/2020, 8:54 AM

## Contact US

Questions    Responses   450

# 450 responses

Accepting responses

Summary                  Question                  Individual

< 358 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

General Comment/Question    ▼

**Name ***

Felicia Gminski

**Email ***

feliciagminski@gmail.com

6/8/2020, 8:55 AM

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

**Comments or Questions \***

Hello. My name is Felicia Gminski and I am writing as a concerned librarian from MA. It has come to my attention that your Executive Director, Caleb May, has shared some highly insensitive and blatantly racist remarks regarding Black populations on his facebook page. I find it shocking to think that a library, intended to celebrate and promote cultural diversity and universal acceptance, would hire such a person to represent them as an Executive Director when Caleb clearly feels as comfortable sharing falsehoods and racist rhetoric based on opinions rather than factual information in his spare time. It seems irresponsible and harmful, and leads me to question how your BIPOC patrons must feel when visiting your library if your Executive Director feels this way. What is your library doing to address these concerns? How is your library embracing diversity, and what efforts are being made to make BIPOC patrons feel welcome in your establishment? Please consider the impact that Caleb's words, and how they may translate into his everyday life/actions as a Director, may impact the experience of your non-white patrons when visiting your facility.

*Submitted 6/6/20, 12:56 PM*

## Contact US

Questions     Responses  450

# 450 responses

Accepting responses

Summary          Question          Individual

< 359 of 450 >

Responses cannot be edited

# HCPL Contact Us

\* Required

Department \*

General Comment/Question  ▼

Name \*

Paola Romero

Email \*

Paola.24.romero@gmail.com

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 45 of 114 PageID #: 156

   

Questions    Responses

## Comments or Questions *

Caleb May's extremely racist comments on Facebook are unacceptable. It's imperative that libraries remain steadfastly anti-racist. It's your responsibility to your patrons to confront racism within your institution. Do not let this go unchecked.

Submitted 6/6/20, 12:57 PM

6/8/2020, 8:55 AM



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 47 of 114 PageID #: 158 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

Comments or Questions *

I find it extremely disturbing that your executive director could make such racist and misinformed comments. He is supposed to serve the entire community and clearly he is unable and unfit to do that.

Submitted 6/6/20, 12:58 PM



## Contact US

Questions    Responses  450

## 450 responses

Accepting responses

Summary             Question             Individual

< 361 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations

Name *

Chelsea

Email *

Uembleerhrair@gmail.com

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 49 of 114 PageID #: 160

  

Questions   Responses

## Comments or Questions *

The following post is circulating on social media. I can't tell from the thumbnail if this Caleb May is THE Caleb May who is director of HCPL. If it is, HCPL needs to take action. This sentiment, even shared in private, would make the library unwelcoming to BIPOC residents of the county. https://m.facebook.com/story.php?story_fbid=2987746887973924&id=100002159262928

Submitted 6/6/20, 12:58 PM



Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 51 of 114 PageID #: 162 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions     Responses

**Comments or Questions** *

Personal FB posts that reflect problematic attitudes towards black people are not OK. They open the door to all kinds of litigation from past and current staff, patrons and the public. Not to mention tone deaf to current events. He needs to go.

*Submitted 6/6/20, 12:59 PM*



   

Questions     Responses

### Comments or Questions *

I find Mr. May's FB post reprehensible and disgusting; as you are by now I'm sure more than well aware, Mr. May's comments are extremely racist and, as a fellow professional in the field, I am sickened to know that another librarian, and an executive director at that, harbors such vile feelings and feels incumbent to express them. I think it behooves the Henderson library system to fire him immediately with absolutely no severance. Libraries are already tarnished with the history of segregation; for the Board and Adminsitration to currently be complicit in silence in these actions with Mr. May is to condone them. The library science field and the world are watching.

Submitted 6/6/20, 1:03 PM

Contact US

Questions    Responses  450

## 450 responses

Accepting responses

Summary              Question              Individual

‹    364 of  450  ›

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations

Name *

Cecilia Kaye

Email *

Nestofmerlins@gmail.com

  

Questions    Responses

## Comments or Questions *

I am extremely upset and disappointed by the directors recent comments on his personal social media page about BLM and racism. The comment is full of ignorance, hatred, and also shows disrespect for lives different from the majority - none of which is befitting of a director's position and especially not in the library field. Libraries are places for everyone, of all backgrounds, and are at their core are locations of knowledge and acceptance. Such comments ruin the reputation of the library and he has the responsibility of representing library values inside and outside of the workplace. I hope the Board takes a deep look into the director's social media comments and conducts a full review of his behavior and values to determine if he is fit for the position.

*Submitted 6/6/20, 1:04 PM*



 

Questions     Responses

## Comments or Questions *

The public comments stated by your executive director, Caleb May, on his Facebook page are racist, unacceptable, and deeply offensive to black patrons you serve.

*Submitted 6/6/20, 1:04 PM*



## Contact US

Questions   Responses  450

### 450 responses

Accepting responses

Summary   Question   Individual

< 366 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Kathy Kosinski

Email *

kmkosinski@gmail.com

2 of 2

   

Questions    Responses

**Comments or Questions \***

Caleb May has made statements that prove he is a racist incapable of fulfilling the role of library director. Inaction on the part of the library board would be a monumental misstep.

*Submitted 6/6/20, 1:06 PM*

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



6/8/2020, 8:59 AM



Questions    Responses

## Comments or Questions *

I find Caleb May's statements regarding racism, the Black Lives Matter movement, and the Black community to be completely abhorrent. May's racism has no place in polite society, and particularly not in libraries. Libraries are space dedicated to equality and service. May's statements are the opposite of everything libraries stand for.

*Submitted 6/6/20, 1:09 PM*

## Contact US

Questions    Responses  450

# 450 responses

Accepting responses

Summary                Question                Individual

<            368  of   450    >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations ▼

Name *

Bethany Kellersberger

Email *

bkellersberger378@gmail.com

  

Questions    Responses

**Comments or Questions ***

Caleb May,

As a librarian holding both a master's in Library Science and Psychology, it was disappointing to see the head of a library, an institution whose purpose is to provide equal access and help address barriers to all library patrons, release such a bigoted, ignorant, and harmful statement to the public.

I lived in Kentucky for eleven years.
My father retired to Kentucky after twenty-one years serving in the United States Army, protecting yours and all Americans right to free speech.  It is disappointing that you would use your voice and position of power as a library director to support biased belief systems and systemic racism, whose existance is supported by decades of reputable research.

I would encourage you to review resources like the American Psychology Associations Guidelines for working with culturally diverse individuals, which is also applicable in a Library setting.
https://www.apa.org/pi/oema/resources/policy/provider-guidelines

Review the history of African Americans in the United States; how they have persevered though slavery, oppression, and system that adds addition challenges just so us White People can remain in our place of privilege that we have not earned, that is built on the backs of immigrants from all countries of all skin tones and backgrounds, and the blood of African Americans and other groups that fought and died alongside the rest of us in every major war, just so we could turn our backs on them and deny them the same benefits and rewards such as the GI's Bill in help to buy a house after serving in WWII.
https://www.google.com/amp/s/www.history.com/.amp/news/gi-bill-black-wwii-veterans-benefits

As you may know as a librarian there are a plethora of books, continue education, trainings, and other resources that can be read, listened to, and studied to support your edification in this matter.  if your local library does not carry or provide access to these resources and the keywords cannot be located to find them via Google and other search engines, Lexington and Louisville public library systems would be happy to oblige your efforts.

Wishing you the best on your journey to enlightenment,
Bethany Kellersberger

*Submitted 6/6/20, 1:11 PM*

6/8/2020, 9:00 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 64 of 114 PageID #: 175

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...

## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary          Question          Individual

< 369 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question    ▼

Name *

Kim Ammons

Email *

kammonsguida@gmail.com

1 of 2

6/8/2020, 9:00 AM

 

Questions    Responses

**Comments or Questions ***

I am a proud former resident of Kentucky. I went to high school in Lexington, KY and my parents still live in Nicholasville, KY. Five members of my family attended Berea College. So I have strong feelings about the goings-on in Kentucky. I am also a librarian who has worked in libraries for over 12 years. And I will not stand for the racist comments that HCPL executive director Caleb May made recently on social media. Yes, racist. Not "racially insensitive," not "ignorant." He is too old and in too high a position to be coddled like a child, with "oh, he just needs to learn," "he doesn't know any better," responses. We are sick and tired in this country of white people in power being racist, and I say this as a white person myself who plays a part in systemic white supremacy and has to work to dismantle it every day. A person like Caleb May should NOT be in a position of power like this. Who knows what undoable damage he has done to POC employees, patrons, and applicants that he has come across. What damage he's done with his racist influence on collection development, programming, etc. He needs to be fired. NOW. And HCPL should make a statement in support of Black Lives Matter and other anti-racist efforts. This is the absolute bare minimum of what you can do to help right now. Please do the right thing.

*Submitted 6/6/20, 1:11 PM*

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



## Contact US

Questions    Responses  450

### 450 responses

Accepting responses

Summary                    Question                    Individual

< 370 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department** *

Public Relations

**Name** *

Heather McCue

**Email** *

Nicholaspipe@hotmail.com

1 of 2

6/8/2020, 9:00 AM

  

Questions   Responses

## Comments or Questions *

Public libraries exist for the public good.  We work for equity and inclusion.  It horrifies me to see that your executive director felt comfortable sharing hateful and racist comments on social media.  The fact that Mr. May is leading public service in your community should deeply concern everyone in your community—especially your library board.  I fear that, because of his position, his hate and fear have the power to hurt black staff members and members of your community—if they haven't already.  I urge your board, for the sake of your staff and your community, to reconsider Mr. May's position and role within your library.

*Submitted 6/6/20, 1:14 PM*



## Contact US

Questions    Responses  450

# 450 responses

Accepting responses

Summary                Question                Individual

< 371 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Julie Sebastian

Email *

sebastianjulie10@yahoo.com

   

Questions    Responses    450

**Comments or Questions ***

When I saw 6 kid were moving in next door 4 years ago, I thought, "Holy hell!"  I was sure the yard would be trashed with toys out front in a nice subdivision.  I found out I was wrong.  I found out they are the most well-behaved children.  They even house sit my own house when I am gone and babysit my dog while I am at work.  I have gotten to know Caleb and Sarah.  They are excellent parents and neighbors.  I believe Caleb to be honest, kind, gentle, and very polite.  I don't use the library often, but I needed to for a passport a couple of years ago.  He provided me with the direction for where to go and how to make an appointment so that I could obtain the documents I needed in a timely manner without hassle.  If you need to call me for a reference or have any concerns, feel free to call me at 270-724-0196 or e-mail me.  Sincerely, Julie Sebastian

*Submitted 6/6/20, 1:23 PM*

## Contact US

Questions     Responses  450

# 450 responses

Accepting responses

| Summary | Question | Individual |
|---|---|---|

< 372 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Stefanie Reed

Email *

manguefille@gmail.com

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

   

Questions   Responses   450

## Comments or Questions *

I am appalled and disgusted to see that your executive director, Caleb May, is making racist and white supremacist comments on his personal Facebook page. I am disgusted to see a person like this is in charge of an organization whose purpose is to include EVERYONE,  and to propogate information services and the dissemination of well researched resources to the public. It is imperative that your board address this completely unprofessional and reprehensible behavior.

*Submitted 6/6/20, 1:41 PM*



  

Questions    Responses

## Comments or Questions *

I recently read a FB post by Henderson County Public Library Executive Director Caleb May. In this post he stated that "White Privilege is a racist, divisive lie." The ALA policy manual (Article B3.2) "recognizes that institutionalized inequities based on race are embedded into our society and are reinforced through social institutions and further perpetuated by policies, practices, behaviors, traditions, and structures." Article B 3.3 states that ALA libraries will "Support anti-racism work within the broader society by monitoring, evaluating and advocating for human rights and equity legislation, regulations, policy and practice." In light of these remarks, it appears that Director May does not comply with national standards. As a fellow librarian, I urge you to reconsider May's placement as the director– his published views put him at odds with established standards, and reflect poorly on your library. Even though Henderson County's population is 90% white, that doesn't mean that minority members of the community don't matter.

*Submitted 6/6/20, 1:53 PM*

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



 

Questions    Responses

**Comments or Questions** *

I am writing to lodge a formal complaint regarding executive director Caleb May's blatant racism. His post to his facebook account dismissing the existence of white privilege- a VERY real phenomenon in our society- is nothing short of disgusting. Such a bigoted and racist individual has no business managing a public library and should be dismissed and replaced by someone who values all human life, not just the lives of those with experiences that mirror his own. Absolutely disgusting. Please ensure that this comment is passed onto the Board.

*Submitted 6/6/20, 1:53 PM*

## Contact US

Questions    Responses  450

# 450 responses

Accepting responses

Summary                Question                Individual

< 375 of 450 >                                🖨  🗑

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations ▼

Name *

Quincy Knapp

Email *

quincy.qk.knapp@gmail.com

  

Questions    Responses    450

  

Questions   Responses

I recently saw the Facebook post of the Henderson County Public Library Director Caleb May which reads: "I find it extremely hypocritical and actually very racist that most of the people yelling 'Black Lives Matter' have no problem with black-on-black crime, black-on-white crime, or even the liberal holocaust that murders millions of black unborn babies every year. What they really mean is, Black VOTES matter (as long as they remain highly triggerable in election years, don't hold democrats accountable for destroying black families and opportunities, and remain faithful to the democratic plantation.)" https://www.facebook.com/photo.php?fbid=2987746847973928&set=a.478264132255558&type=3&theater&ifg=1

Though of course people should be able to express private views, when an individual is a county employee and directing a public institution like the county library, I find it disturbing that these views are going up on even a semi-public forum as Facebook, especially since much of the library activity currently seems to be going through the Henderson County Public Library Facebook page. https://www.facebook.com/hendersonlibrary

Additionally, the library's avowed Mission Statement as quoted from your strategic plan is "The Henderson County Public Library provides access to information and opportunities to pursue lifelong learning, economic and cultural enrichment, and recreational enjoyment." The library Vision is "The Henderson County Public Library will connect the entire community with resources, services, and ideas!" https://hcpl.org/pdf/other/StrategicPlan2015-2020.pdf

Unfortunately, I feel shaken in my confidence that a library director who makes statements such as the above is dedicated to providing information access in a balanced way. I am also concerned that he is not dedicated to "cultural enrichment." Furthermore, I wonder if the library makes their services welcoming to the entire population of Henderson County. Though I understand that 88.6 % of Henderson County self-identifies as white, that still leaves 11.4% of people who should be made to feel that the library welcomes their presence. https://www.census.gov/quickfacts/fact/table/hendersoncountykentucky/PST045219
As it stands, I am concerned that the current library staff under the leadership of Caleb May will not have the cultural competency skills to do so. https://www.jstor.org/stable/10.1086/597080?seq=1
https://wikis.ala.org/yalsa/index.php/Cultural_Competence
I am also concerned about the workplace atmosphere for librarians and library staff of color under this leadership.

I would like to ask for the Library Board of Trustees for a statement about the director Caleb May's words, in what ways those words reflect the mission and atmosphere of the Henderson County Public Library, and what actions they will be taking in response to Caleb May's statement. Furthermore, I would like to request that the staff of Henderson County Public Library be trained in anti-racism. Here are two places that look like they have more information about anti-racism training:
http://antiracistalliance.com/movement.html
https://www.kftc.org/blog/carol-taylor-shim-leads-kftc-staff-anti-oppression-training
And here is a professional development free online anti-racism training program with modules that is geared towards schools and libraries:
http://ready.web.unc.edu/

Thank you very much for your time in reading this email.
Sincerely,
Quincy Knapp

Contact US - Google Forms



Questions    Responses    450



Contact US - Google Forms
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...

  

Questions    Responses

**Comments or Questions \***

I've been made aware of racist comments made by the executive director, Caleb May. As a school library director, I know that a library is supposed to be a place where all people are made to feel welcome. I have no idea how this man could create such an atmosphere after reading his statements. Please see it in your heart and as the best interest of your patrons to remove this person immediately.

*Submitted 6/6/20, 1:56 PM*

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 82 of 114 PageID #: 193

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



6/8/2020, 9:03 AM

  

Questions     Responses

**Comments or Questions \***

I write as a librarian to express that Caleb May's recent racist statements on Facebook are unacceptable. This includes a meme that states white privilege is a racist lie and a post that references inaccurate and racist racial stereotypes. These statements violate our professional codes and its commitment to diversity: " Diversity is one of ALA's key commitments and guiding principles. For this reason, the Executive Board calls on library and information services leaders, staff, and advocates of all races and backgrounds to abolish racism against Black people and against all People of Color and to see to it that it has no place in our institutions, our policies, our practices, or our behaviors."

I request that you publicly apologize for and respond to these comments by May and outline the action steps being taken to mitigate the harm caused within your community by his statement.

*Submitted 6/6/20, 1:57 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 84 of 114 PageID #: 195 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



## Contact US

Questions    Responses    450

# 450 responses

Accepting responses

Summary            Question            Individual

< 378 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

**Department ***

General Comment/Question ▼

**Name ***

Djaz F Zulida

**Email ***

dfzulida@gmail.com

1 of 2

6/8/2020, 9:04 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 85 of 114 PageID #: 196

  

Questions    Responses

**Comments or Questions** *

Hi there. I have become aware of Caleb May's racist and anti-black posts online. As a library professional, he needs to do better. Racism deserves no place in the library. How can he lead his colleagues and work for the public if he's so hateful towards black people and people with different political beliefs? In this moment when so many people of color are fighting for their rights and lives, libraries must stand with their communities.

*Submitted 6/6/20, 1:58 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 86 of 114 PageID #: 197 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...

## Contact US

Questions    Responses  450

## 450 responses

Accepting responses

Summary        Question        Individual

< 379.5 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Melody Scagnelli-Townley

Email *

Meltownley@gmail.com

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 87 of 114 PageID #: 198https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses -

**Comments or Questions \***

Caleb May's recent social media posts are racist, offensive, and not fitting for anyone - let alone a man who is ED of a library. He should be terminated ASAP.

*Submitted 6/6/20, 2:05 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 87 of 114 PageID #: 198https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

6/8/2020, 9:04 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 88 of 114 PageID
#: 199 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary          Question          Individual

‹   380 of   450   ›

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Casey Manno

Email *

casey.manno@gmail.com

6/8/2020, 9:04 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 89 of 114 PageID #: 200

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

**Comments or Questions \***

I have recently seen Caleb May's disgustingly racist comments on Facebook. As a fellow librarian, this is one of the most damaging positions someone who is supposed to be serving the community can take. Caleb May has revealed himself to be too prejudiced to hold a position that impacts services to residents in this area. Nothing short of his resignation is acceptable.

*Submitted 6/6/20, 2:06 PM*



6/8/2020, 9:05 AM

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 91 of 114 PageID #: 202

  

Questions   Responses

## Comments or Questions *

Caleb May's inflammatory, racist posts shared publicly on social media are a disgrace to the library profession, which supports equity, justice, and diversity. As a professional librarian myself, I am sickened and outraged by Mr. May's statements. He should be fired at once. The First Amendment prohibits the federal government from abridging our right to free speech; it does NOT mean that our speech is without consequences. His words are cruel, alienating, divisive, and filled with misinformed prejudice, hatred, and flat-out undeniable racism. Mr. May is a poor role model for the community and should be removed from any and all forma of authority within a state-funded community service.

*Submitted 6/6/20, 2:18 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 92 of 114 PageID #: 203
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 93 of 114 PageID #: 204 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

## Comments or Questions *

I was shocked to see the director's public comments regarding racism recently on Facebook. Someone who holds those beliefs is not someone I trust to make equitable and inclusive decisions regarding the library, its collections, its services, or its patrons. Libraries are not neutral spaces and library staff should fight against racism and oppression and on behalf of the people they serve. You cannot be a good servant for a diverse group of patrons if you hold racist, fascist views.

*Submitted 6/6/20, 2:19 PM*



## Contact US

Questions    Responses  450

# 450 responses

Accepting responses

Summary        Question        Individual

< 383 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

## Department *

General Comment/Question ▼

## Name *

Kathy Kosinski

## Email *

kmkosinski@gmail.com

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 95 of 114 PageID #: 206

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

**Comments or Questions \***

Caleb May has made statements that prove he is a racist incapable of fulfilling the role of library director. Inaction on the part of the library board would be a monumental misstep.

*Submitted 6/6/20, 2:19 PM*

6/8/2020, 9:05 AM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 96 of 114 PageID #: 207 https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 97 of 114 PageID #: 208
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

  

Questions    Responses

**Comments or Questions** *

This man should not be working I'm a public library, much less directing. I will share this far and wide until he apologizes and educated himself. I would live and work in utter terror if he were my boss. Shame shame shame! He is helping to further racism and targeted death!

*Submitted 6/6/20, 2:25 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 97 of 114 PageID #: 208
https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

6/8/2020, 9:05 AM

Case 4:20-cv-00108-JHM-HBB   Document 10-3   Filed 09/08/20   Page 98 of 114 PageID #: 209

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



6/8/2020, 9:06 AM



Questions    Responses    450

Comments or Questions *

Your executive director Caleb May needsto be fired for his racist comments on Facebook

Submitted 6/6/20, 2:28 PM



Contact US

Questions    Responses  450

450 responses

Accepting responses  ●

Summary          Question          Individual

‹   386 of   450   ›                        🖨  🗑

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

Public Relations        ▾

Name *

Jess

Email *

blm@fuckracists.org

   

Questions   Responses

**Comments or Questions \***

The mission of every library is to serve. The racist comments your director has posted on social media is appalling. If this is the behavior you all find befitting of a director of public services, you are the heart of the problem. Action must be taken to eradicate the racism from your public services.

*Submitted 6/6/20, 2:34 PM*

# Contact US

Questions    **Responses**    450

## 450 responses

Accepting responses

Summary                    Question                    Individual

< 387 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question    ▼

Name *

Nick Jaworski

Email *

deltora25@hotmail.com

https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Questions    Responses     450

## Comments or Questions *

This is; i assume, one of many of the messages you are reading regarding the opinions held and displayed by
Caleb May, Director, Henderson County Public Library District.
As a library worker myself I was saddened to see his comments. please look into this.

*Submitted 6/6/20, 2:45 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 104 of 114
PageID #: 215    https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...



6/8/2020, 9:08 AM

  

Questions    Responses

**Comments or Questions \***

As a current school librarian & former public library children's librarian, I am appalled at the post I've seen by Caleb May about white privilege being a lie and the Black Lives Matter movement only being about votes.  Please know this is being shared by librarians and library lovers around the country and it is making your library system look like a place where no one (even a middle-aged white woman like me) would want to visit. Public libraries are supposed to be places where everyone no matter their sex, age, race, religion, or nationality can feel safe to use whether they want to read, research, ask questions, get help, or attend programs.

*Submitted 6/6/20, 2:49 PM*



  

Questions    Responses

**Comments or Questions \***

I am writing to voice my concerns about the Library Director's recent Facebook comments. These comments, that he deemed "White Privilege" is a divisive lie as that the Black Lives Matter movement is hypocritical and racist in of itself, are unacceptable and ignorant of historical context and reality. Indeed these comments show that he is not fit to live up to HCPL's own mission to serve its entire community. He seems unwilling and unable to fairly serve his patrons and communities of color. Please take note of this in considering his fitness for Library Director, which is a very important public position that exists to provide library resources and services to EVERYONE. Thank you.

*Submitted 6/6/20, 2:58 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 108 of 114
PageID #: 219    https//docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r...

## Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary    Question    Individual

< 390 of 450 >

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▼

Name *

Karen Rucker

Email *

karenmomrucker@gmail.com

6/8/2020, 9:08 AM

  

Questions    Responses

Comments or Questions *

Racism has no place in a public library.  Your comments on Facebook about how supports of Black Lives Matter are ignoring black-on-black crime is ignorant, unintelligent, and cruel.  You're surrounded by books.  You should try reading some.

*Submitted 6/6/20, 4:25 PM*



   

Questions    Responses   450

## Comments or Questions *

I am calling for the resignation of your director. The racial comments he made online are wholly inappropriate and not representative of our state or city. White privilege is real, and just because I believe Black Lives Matter does not mean I do not care about other kinds of crime. The remarks he made are small-minded, ignorant, and racially charged. He has no place running a library that is supposed to serve ALL members of the community, including black members, who, guess what, matter.

*Submitted 6/6/20, 4:43 PM*

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 112 of 114
PageID #: 223    https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..



Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 113 of 114
PageID #: 224    https://docs.google.com/forms/d/1jfXZk0lAGQqVeE4w3J8NYLkFAo4r..

 

Questions    Responses    450

## Comments or Questions *

There is no room for racism in our society, especially not in libraries. As a library professional, Mr. May should know this. Mr. May is a representative of your library system, and his racist rants on social media reflect poorly on your organization. It is incredibly discouraging to me, a library professional in another state, to see such behavior on display from a person in a position of power. I can only imagine how disheartering it is for your library users.

Submitted 6/6/20, 4:49 PM

Case 4:20-cv-00108-JHM-HBB    Document 10-3    Filed 09/08/20    Page 114 of 114
PageID #: 225



Contact US

Questions    Responses    450

## 450 responses

Accepting responses

Summary        Question        Individual

‹    393 of    450    ›

Responses cannot be edited

# HCPL Contact Us

* Required

Department *

General Comment/Question ▾

Name *

Markita

Email *

Kitajjenkins@gmail.com

6/8/2020, 9:10 AM