# Exhibit D

80°

**LIVE NOW** / Indiana Gov. Eric Holcomb gives weekly update

**LOCAL NEWS**

# Henderson County Public Library Director sues library, trustees



# The Gleaner.

---

**NEWS**

# Henderson library director apologizes for Facebook remarks about Black Lives Matter

**Beth Smith** Henderson Gleaner

Published 8:52 p.m. CT Jun. 8, 2020 | Updated 8:55 a.m. CT Jun. 9, 2020

HENDERSON, Ky. -- The director of the Henderson County Public Library took to Facebook last week, questioning the motives of Black Lives Matter protesters amid a nationwide outbreak of rallies against police brutality.

The post, on Caleb May's personal Facebook page, called the Black Lives Matter efforts "hypocritical" and "racist" and referred to the abortions of African-American babies as a "liberal holocaust."

"I'm sorry for any offense or hurt that I have caused," May told The Gleaner on Monday night. "I'm a public official, and social media like Facebook is a dangerous place for expressing opinions and feelings. Opinions and feelings by their nature are as complex as every individual. Bumper stickers, slogans and comments are very poorly suited for that type of venue.

"I regret that my remarks have reflected badly on the library and its standing in the community to the extent that it has," May said. "I will strive daily to listen to the experiences and perspectives of others, and not use words, but through actions better express my sentiments of equity and justice for all mankind."

Officials from the Henderson County Public Library Board, which provides oversight and direction for the facility, distanced themselves from May's post and said they would investigate the matter.

May's Facebook post on June 5, which has since been removed, said:

# Courier & Press

NEWS

# Henderson Library Director under fire over Black Lives Matters Facebook post plans to sue

**Beth Smith** Henderson Gleaner

Published 2:49 p.m. CT Jul. 9, 2020 | Updated 3:24 p.m. CT Jul. 9, 2020

HENDERSON, Ky. — One month after a board decided not to renew his contract, Library Director Caleb May, his attorney and a handful of supporters asked the panel to reconsider the decision.

However, after hearing from more community members and spending an hour in executive session, where May was allowed to speak, the board of trustees upheld their decision not to renew his contract.

May, who has been at the helm of the Henderson County Public Library for five years, came under fire recently for social media posts he wrote on his personal Facebook page about the Black Lives Matter movement.

## Previous coverage

Henderson library trustees say they won't extend director's contract after Facebook post

No decision yet from Henderson library board on embattled director's future

Henderson library director apologizes for Facebook remarks about Black Lives Matter

Board member Bobbie Jarrett read the decision: "We've heard from Mr. May. Mr. May will continue to be on administrative leave until the end of August. I make it a motion to reaffirm the board's prior decision not to renew his contract based on the board's lack of confidence in his ability to lead."

The decision was unanimous.

77°

LOCAL NEWS

# Henderson Library Director put on leave after controversial comments

**Posted: Jun 11, 2020 / 11:51 AM CDT / Updated: Jun 11, 2020 / 08:32 PM CDT**

HENDERSON, Ky (WEHT) The Henderson County Public Library Board of Trustees has decided to place Director Caleb May on administrative leave indefinitely and they will not renew his contract in August.

May posted on Facebook questioning the motive of Black Lives Matter, calling the group's efforts "hypocritical and racist." Library officials say his actions do not



≡                                                                                        🔍

NEWS

# Henderson Library Director's contract will not be renewed

Director Caleb May placed on administrative leave amid controversial social media posts



HENDERSON
**DARLA JONES**
LIVES IN HENDERSON

Henderson Library Director's contract will not be renewed

By Jessica Costello | June 11, 2020 at 2:04 PM CDT - Updated June 11 at 7:02 PM

HENDERSON, Ky. (WFIE) - The voices of community members were heard by the Henderson County Public Library Board on Thursday, as most spoke out against Director Caleb May's recent posts on his personal Facebook account that questioned the motives of Black Lives Matter protesters.

"This is not a reflection of the citizens of Henderson," Rev. Charles Johnson of Greater Norris Chapel Baptist Church and the Henderson Human Rights Commission said. "This is not a black thing, this is not a white thing, this is we as a people. This is not who we see running our

# The Gleaner.

**NEWS**

# Henderson library trustees say they won't extend director's contract after Facebook post

**Beth Smith** Henderson Gleaner
Published 2:02 p.m. CT Jun. 11, 2020 | Updated 9:08 a.m. CT Jun. 12, 2020

HENDERSON, Ky. -- The Henderson Library's Board of Trustees on Thursday said it will allow director Caleb May's contract to expire in August without renewal.

May, who has led the city's library for five years, made a Facebook post on his personal page that questioned the motives of Black Lives Matter protesters amid a nationwide outbreak of rallies against police brutality.

The post called the Black Lives Matter efforts "hypocritical" and "racist" and referred to the abortions of African-American babies as a "liberal holocaust."

May removed the post from his page and apologized when contacted by The Gleaner earlier this week.

Library board attorney Chris Hopgood said the panel hasn't seen or talked with May so, until further notice, he also has been placed on paid administrative leave. According to the Kentucky Public Library Statistics for Libraries and Archives, for the fiscal year 2018-2019, May's salary is $92,111, or just over $1,770 per week.

The board's vote on the matter was unanimous.

At Thursday's meeting, representatives of the Human Relations Commission, the NAACP and several concerned citizens asked for May's dismissal.

Human Relations Commission Director Charles Johnson told the trustees that "(the commission) no longer trusts (May) to lead this institution."

80°

**LIVE NOW** / Indiana Gov. Eric Holcomb gives weekly update



**LOCAL NEWS**

# Library director's attorney says comments "misconstrued"

