# Exhibit E





**Dean Spooner**

Assign Conversation

Jul 11, 2020, 11:49 AM

I am disgusted and outraged by the evil punitive hatred of the Public Library's board shown to the former director Caleb May. Public Library is a government institution for the public and foremost should uphold the First Amendment of the US Constitution. Shame on you disgusting bullies! May God bring judgment down upon your temporal lives soon, treating you the way you treat others for the evil hate you have demonstrated publicly against this employee and human being.

Jul 13, 2020, 9:03 AM

We will share your message of concern with the Board of Trustees.

Sent by Amber Potts

Case 4:20-cv-00108-JHM-HBB    Document 10-6    Filed 09/08/20    Page 4 of 25 PageID #: 417



**Jesse Southard**

Assign Conversation

Is this Caleb may answering the messages? If so I don't trust you, and I would prefer to send directly to the board of trustees rather than send my response to you to be deleted.

> This is Dylan Townsend, the HCPL Social Media & Marketing Specialist.
>
> Sent by Dylan Townsend

Ok thanks dude. I'll send you a letter this evening.

> Thank you for sharing your voice. Let us know if there is anything else the HCPL can do for you.
>
> Sent by Dylan Townsend

Jul. 8, 2020, 12:21 PM

I would just like to say, the fact that Mr. May can walk into the library and defend his opinions shows me he has learned nothing from the outcry of our community.
He took a full month to gather up hand chosen members of his circle who share like- minded beliefs and carry his same agenda- which is, in its most basic form, racism.
To remind everyone, he compared black people to apes. On the internet. Then doubled down on his stance when confronted about it.

There is absolutely nothing you can say to me that will ever convince me he can be trusted around ANY child or provide the same public service to a black child as a white one.
There have been many messages, comments, Facebook warriors, etc who have come at me to tell me "everyone is entitled to their opinion"
Is this true? Yes. You very much are entitled to your opinions. But when you take a job as a public servant- you don't get to broadcast your opinion when it belittles an entire race who depend on the services you provide to educate their children.
Many people who have come forward in defense of Mr. May I have never seen step foot in the library. Many people who have had strong opinions have never had to depend on the library to use a computer or do their homework because they didn't have the resources in their home.
I did. A brown girl from the east end who grew up coming to the library because my single mom couldn't buy me a computer to use.
I grew up to continue to utilize my library and give back every chance I can. This has been a safe place for me more times than I can count. Every kid deserves this same feeling, and if Mr. May is given another chance, I can promise you you're taking that chance away from children in our own community.
The last time I spoke in front of you, I expressed that if you were to keep Mr. May in this position, you would show the entire city that a middle aged white mans 6 figure salary is more important than the education of every single kid who doesn't look like Mr. May. I don't take that back.
I also don't want it to be lost on anyone that Mr. May did not show up here when the room was full of black and brown people to defend himself- he waited a full month because he thought he could slip in and slip out without looking any of us in the face.
I know for a fact ANY employee of this library would take a bullet for any kid who walks through the door- except Mr. May.
I have seen the ladies in the children's library bring snacks they pay for out of their own pocket to provide to kids who come here after school.
I watched Hannah Grass beg for donations for a snack cabinet because Mr. May wouldn't approve it out of the budget, when I know our library had a surplus of funds for the last three years.
Please let this sink in. We paid Mr. May 100 thousand dollars last year- and our librarians could not get a 60 dollar wooden snack cabinet approved.
If you can't agree Mr. May is a racist (he is) - at the VERY least, he is incompetent for this job.





This needs immediate attention!!!!!!



**Nay Keppler**

Assign Conversation

JUN 7, 2020, 10:39 AM

Hi there! I was wondering if the director of HCPL was planning on issuing an apology for his racist remarks?



## Jake Davis

Assign Conversation

JUN 7, 2020, 11:19 AM



Libraries are to be welcoming spaces of learning for the entire community. How on earth is the community supposed to feel welcome or safe even when this is what they see

Not calling for resignation or termination (though it would be called for) but an apology. Signed - an embarrassed former HCO resident



**Erin Quinn**

Assign Conversation ▾

JUN 7, 2020, 10:26 AM

the community of Henderson county is outraged by Caleb May's opinionated post about black lives and white priviledge... he doesn't deserve to be educating our community in his position as a librarian. The people of Henderson want peace and justice... he is not a representation of that.  We ask that he be terminated from employment at Henderson Public Library

JUN 8, 2020, 11:01 PM



 Ummmmm NOOOOOO.  NOT GOOD ENOUGH... GUESS WE'LL NEED TO TAKE IT TO THE BOARD





## Lahbahdohbae Shabbah Andrea

Assign Conversation ⌄

JUN 7, 2020 6:13 PM

So, hello and good evening,

Just read something really disturbing. You have an director who not only has very huge anti-black views, discriminating views on minorities, and to make matters worse....all of his information is wrong. How can someone like that work in a public library that is frequented by children and adults from every single walk of life imaginable. There are books there that could educate him further. Hopefully, you all, as his FORMER coworkers will gather the required reading necessary to learn from his mistake. And to be a better American citizen, the supposed Melting Pot of the world. We are supposed to be standing together, in unity! Your director's statements...are they a true reflection on the whole team? Do you all share the same views even though some of your coworkers are black people? Even though this library is frequented by black children? Libraries house books. Books teach and learn. Books give us knowledge that breaks the chains on the mind! And the director is spewing hate and ignorance! Any book lover should be a lover of all. We should be the last to judge and the first to do credible information gathering. Libraries are vital to communities and your director...is spewing messages that go against all I've stated above.





The HCPL has had over 70 orders for our Seed Liberry! It's not too late to get your free seeds! Fill out the form below to get your seeds delivered to you!...

Henderson County Public Library



Caleb May is the man I am referring to.

Case 4:20-cv-00100-JHM-HBB   Document 10-6   Filed 09/09/20   Page 13 of 25 PageID #: 426

**Peyton Abell**

Assign Conversation

JUN 9, 2020, 12:00 PM

As you already know, Caleb May has not only once made comments but has done it multiple times regarding the African-American community. This is not a one time instance and this shows blatantly how he feels about the African-American community and with the black lives matter movement is trying to do. It saddens me that there is an a zero tolerance policy against racism at HCPL, and that you would take the word of someone who's blatantly shared the racist views with the entire world. Do you really think any minority group would feel comfortable coming to the library after this? Or are you all not concerned about how African-Americans and other minorities may feel? The library is supposed to be a place of public education and learning for all citizens of Henderson. As long as Caleb May is still the director, this will not be the case. By keeping him I hope that you all understand the gravity of what you're doing.

---

Liberal Privilege: Someone in the past was mean to people kind of like me, so society owes me an income, free college, free health care and free housing. All of this "free stuff" will be taken from hard working people who have been gifted "privilege" by virtue of their evil work ethic and self-sufficiency.

👍 3

👍 Like          💬 Comment          ➡ Share

**Caleb May**
3h · 🌐

There is no justice
in this world of woe,
no peace until
the Prince of Peace
makes it so;
no logic 'til
the Logos speaks,
no Eden 'til

BEEN JUDGED BY YOUR SKIN COLOR.   WAS.

---

There is no justice
in this world of woe,
no peace until
the Prince of Peace
makes it so;
no logic 'til
the Logos speaks,
no Eden 'til
the Prince of Darkness weeps.

👍 3

👍 Like          💬 Comment          ➡ Share

**Caleb May**
5h · 🌐

Interesting...African Americans were cascading away from the failed Democrat plantation and just in the nick of time, a police brutality event in one of the most liberally controlled precincts in one of the most liberally controlled cities in one of the most liberally controlled states comes to the race

May 30 at 6:27 PM · 🌐

Proof the looney left aren't truly worried about COVID--19. Check out this "social distancing."

Police or



**Regina O'Neal**

Assign Conversation ▾

JUN 10, 2020, 7:28 AM

Is there a policy for social media for the employees? If not now is a great time for one. I am deeply offended by the comment. Apologies can be given but the statement will never be forgotten.

JUN 10, 2020, 8:55 AM

There is a social media policy in place for HCPL employees. The HCPL is aware of the severity of the posts made by one of its employees and the board is working through this process. We encourage you to attend our board meeting tomorrow, June 11, at noon, or if you are unable to attend you may email library@hcpl.org to voice your concerns.

Sent by Dylan Townsend

JUN 10, 2020, 11:22 AM

Thank you for understanding my concern. I'm deeply concerned for all people however the statement was towards African Americans. How can we feel that we are going to be treated fair by this man? I will address my concern with the board.

Case 4:20-cv-00108-JHM-HBB   Document 10-6   Filed 09/08/20   Page 16 of 25 PageID #: 429

**Jacob Kiper**

Assign Conversation ▾

JUN 10, 2020 8:06 PM

I believe libraries should be a place of learning and diversity.  Libraries are about expanding our understandings.

As an employee... I'm told that I am a representative of my employer at all times... including what I say on social media.

Racism should not be associated with a public library.

**April Hawk**

Assign Conversation ▾

JUN 11, 2020, 4:01 AM

I've seen a lot of comments about the May family and what kind of family they must be in light of a recent post. Let me tell you what kind of people they are.

The May family are the kind of people that come out to another family's house to bring them food when the mother is sick during a pregnancy and struggling to keep up with the demands of her other children including a medically fragile special needs child. That is what they did for me. They took the time to visit with me, our children played together, and they listened to how I was feeling during such a chaotic time in my life.

Caleb's wife came to the hospital to visit with me while I was there for months with preterm labor. She even baked cookies for me just because I was craving them. She brought boxes of preemie and infant clothes for my baby. She spent countless times giving me advice and encouraging me through the journey of having a preemie, NICU life, and feeding difficulties. All this while she was going through her own personal struggles.

Do you know why the May family did this for my family? Because LIFE matters to them. All life. Black. Brown. White. Asian. All life. They cherish and believe all life are blessings from God. That was the point that I believe Caleb was trying to say. That black communities have an alarming rate of abortions. A rate that is statistically proven. That black unborn lives matter, and that we should all care about that. Democrats push an agenda that supports not only abortion but access to abortions within the black community. Pushing an agenda of abortions is not in any way supporting preserving black lives which is exactly the point Caleb was making.

Please, Henderson Community, do not be so thirsty for hatred that you are willing to destroy the May family for a misconstrued post. A post that meant that black unborn babies matter. This family loves the entire Henderson Community. Caleb is an asset to the community. Don't believe me? Then give Caleb a chance. Get to know him. Allow him to continue at the library and come meet him face to face. Allow him to prove by his deeds his love for all of Henderson County.

Thank you



**Derek Bessette**

Assign Conversation

JUN 11 2020 6:12 PM

I listened to eye witnesses news 25 weht earlier I don't think it's right for him to get fired and loose his job having his after voicing his opinion does that mean we don't have freedom of speech? are y'all afraid of the black folk what will happen if he's not let go? let me guess is a black man gonna take his place? We all have freedom of speech if somthing like that gonna happen we don't need to be coming back to that library

Case 4:20-cv-00108-JHM-HBB   Document 10-6   Filed 09/08/20   Page 18 of 25 PageID #: 431



## Princess Farley

JUN 8, 2020, 10:18 PM



My public message to Caleb May: "This really saddens me. I spent the better part of my childhood at this library. My quiet place. I still remember as a kid my dad teaching me how to read Dewey Decimal's on index cards. The excitement as a child of finding that one book in a maze is indescribable. He needs to be fired immediately! The public library is a safe haven for many minority children. He's taking his good job for granted. Give it to someone who actually cares. #firecalebmay #hendersoncountypubliclibrary



















