# Exhibit F

## DORSEY, GRAY, NORMENT & HOPGOOD

### ATTORNEYS-AT-LAW

318 SECOND STREET

### HENDERSON, KENTUCKY 42420

JOHN DORSEY (1920-1966)
STEPHEN D. GRAY
WILLIAM B. NORMENT, JR.
J. CHRISTOPHER HOPGOOD
S. MADISON GRAY
DAVIS L. HUNTER

TELEPHONE
(270) 826-3965
TELEFAX
(270) 826-6672
www.dkgnlaw.com

June 23, 2020

Hon. Brian Schuette
719 Dishman Lane
Bowling Green, KY 42101

> Re:     Caleb May
>         Henderson County Public Library

Dear Brian:

The next meeting of the Board of Trustees of the Henderson County Public Library is July 9, 2020, at noon at the library. Should you and Caleb May desire to address the Board in executive session, please advise.

As I mentioned in our telephone conversation, after Caleb's social media posts came to light, many of the employees came forth citing instances that caused the Board to lose confidence in Caleb's ability to lead the library and supervise employees. As I indicated, the library employees are primarily female and two (2) of the females are African-American.

The following are some of the incidents that were revealed:

- Caleb told this joke in the presence of a female employee: [stranger to farmer where a female was working in the yard] "Is that your little nagger?" Farmer: "No, that's my wife, the nagger is in the kitchen."

- Additionally, Henderson's downtown area has sculptures of birds taken from Audubon paintings. When Caleb was asked by a patron where the statues were [they were temporarily removed for maintenance], Caleb repeatedly replied "you mean the horny hooters – we call them the horny hooters." The sculpture is of two great horned owls.

Page 2
June 23, 2020

- A female patron came to the library in the summer and Caleb commented in front of female employees about her revealing clothes and physique.

- A different female patron brought her child to story hour. She stepped away to a quiet, private area to breast feed her infant. Caleb followed her, engaged in conversation with her, stared at her and made her feel uncomfortable.

- An African American female employee wanted to have the annual black history month event in an area in Henderson where many African Americans reside. Caleb delayed the decision on the location until it was too late, and the event had to be conducted at the traditional location: the Presbyterian Church across the street from the Library.

- The female employees stated that if you're white, male and protestant, your ideas are good. If not, your ideas are not good.

It is my opinion that these examples would come into evidence were the library faced with a gender discrimination claim, racial discrimination claim or hostile work environment claim. Simply, Caleb May's conduct has exposed the library to potential liability.

These are sufficient grounds to terminate Caleb May's contract for cause. However, in the interest of compromise, I will recommend to the Board of Trustees that Caleb may remain on full paid administrative leave until the end of his contract on August 31, 2020. This agreement would use all of Caleb May's paid time off. A draft of a release is enclosed for your review.

I look forward to hearing from you.

Respectfully

DORSEY, GRAY, NORMENT & HOPGOOD

By

J. Christopher Hopgood

# Exhibit G