# Exhibit G



  **Brenna Caudill**

It just seems very conflicting that he is supposed to direct the public library which is available to everyone and is not supposed to discriminate but yet he's on Facebook doing the opposite. Alex and I have donated money for the library expansion and if I had known that he was a blatant racist I would not have donated.

