# Exhibit H

246571

# AFFIDAVIT OF JOAN HOFFMAN

Comes the affiant, Joan Hoffman, Trustee of the Henderson County Public Library District Board of Trustees, after being duly sworn, and states as follows:

1.     My name is Joan Hoffman.  I am a Trustee of the Henderson County Public Library District Board of Trustees, and was serving as the President of the Henderson County Public Library District Board in May, June, and July of 2020.  As such, I have personal knowledge of the information contained within this Affidavit.

2.     Caleb May was employed by the Henderson County Public Library in the position of Director.

3.     On May 31, 2019, Caleb May made various posts regarding Black Lives Matter and COVID-19.

4.     Shortly thereafter, I was alerted to the Facebook posts made by Caleb May.

5.     As a result of the Facebook posts made by Caleb May, as well as the public's comment concerning those posts, the Henderson County Public Library District Board conducted an investigation of Mr. May's tenure at the Henderson County Public Library.

6.     Per the investigation, I met with several Henderson County Public Library employees via Zoom Video Communications on June 7, 2020.

7.     The Henderson County Public Library employees voiced several grievances concerning Caleb May's work performance and overall workplace attitude.  Specifically, Henderson County Public Library employees stated that:

- Caleb May did not know how to use the Library catalog system, run the circulation desk, or perform jobs of Library employees.

- Caleb May could not perform as an effectual leader and was often indecisive.

- Caleb May showed favoritism to certain employees, did not have control over certain employees' actions, pitted employees against each other, and did not listen to employees' concerns.

- Caleb May told this joke in the presence of a female employee: [stranger to farmer where a female was working in the yard] "Is that your little nagger?" Farmer: "No, that's my wife, the nagger is in the kitchen."

- Additionally, Henderson's downtown area has sculptures of birds taken from John James Audubon paintings. When Caleb May was asked by a patron where the statues were [they were temporarily removed for maintenance], Caleb May repeatedly replied "you mean the horny hooters -we call them the horny hooters." The sculpture is of two great horned owls.

- A female patron came to the library in the summer and Caleb May commented in front of female employees about her revealing clothes and physique.

- A different female patron brought her child to story hour. She stepped away to a quiet, private area to breast feed her infant. Caleb May followed her, engaged in conversation with her, stared at her and made her feel uncomfortable.

- An African American female employee wanted to have the annual black history month event in an area in Henderson where many African Americans reside. Caleb May delayed the decision on the location until it was too late, and the event had to be conducted at the traditional location: the Presbyterian Church across the street from the Library.

- The female employees believed that May's attitude exemplified a belief that if you're white, male and protestant, your ideas are good. If not, your ideas are not good.

- Caleb May also required that Henderson County Public Library employees babysit his children during work hours.

8.      As a result of the above-referenced concerns voiced by Henderson County Public Library employees and other concerns voiced by Henderson County Public Library employees during the Zoom teleconference, I made the decision to vote to place Caleb May on full paid administrative leave and to not renew his employment agreement with Henderson County Public Library during the June 11, 2020 Regular Board Meeting of the Henderson County Public Library District Board of Trustees.

Further, the affiant sayeth not.

By: _Joan Hoffman_
       Joan Hoffman
       Trustee, Henderson County Public Library
       District Board of Trustees

STATE OF KENTUCKY      )
                      )
COUNTY OF HENDERSON   )

    Subscribed, sworn to, and acknowledged before me on this _4th_ day of September, 2020, by Joan Hoffman, Trustee, Henderson County Public Library District Board of Trustees.

My commission expires: _5·3·2022_ .

By: _____
Notary Public, State at Large

JOHN CHRISTOPHER HOPGOOD
COMM EXPIRES 00/03/2022
NOTARY PUBLIC
NOTARY ID # 589033
STATE AT LARGE, KENTUCKY