

# Exhibit M

# Henderson County Public Library



# Strategic Plan – 2015-2020

Henderson County Public Library Strategic Plan 2015-2020

# Table of Contents

Executive Summary ...................................................................3

Timetable ..............................................................................4

Methodology ...........................................................................5

Strategic Plan Timeframe ............................................................5

Evaluation of Future Income and Expenses .........................................5

Role of Consultant ...................................................................5

Library Mission And Vision Statement ..............................................6

Kentucky Public Library Standards .................................................7

Evaluation of Population Growth and Distribution .................................8

Library Usage .........................................................................9

Library Usage-Continued .............................................................10

Community Input ......................................................................11

S.W.O.T Analysis ......................................................................12

Strengths .............................................................................13

Weaknesses ............................................................................13

Opportunities and Ideas .............................................................14

Threats ...............................................................................14

Goals .................................................................................15

Resources .............................................................................19

Appendix #1-Projections of Population ..............................................20

Appendix #2 – HCPL Usage Statistics ................................................21

Appendix #3-Mapping the 2010 U.S. Census ..........................................22

# Executive Summary

In July 2014, the Board of Trustees of the Henderson County Public Library determined that a strategic plan should be created for the operation of the library for the five-year period beginning with the 2015-2016 budget year. The Board desired that the plan utilize Board, employee, and community input to address the many internal and external factors affecting the library. The Board hired Miller Consulting Group to facilitate the input and planning sessions and to help draft the final plan. The strengths and weaknesses identified in the input process helped the Board draft the goals contained in this plan.

At the initial Board planning session, the Board evaluated financial projections over the five-year period of the strategic plan to determine what financial resources would be available. They closely examined census data from the Kentucky Data Center that shows that Henderson County was stable and likely to experience slow growth in the next five to ten years. Population data for the county show that the population is aging with more growth in the middle ages than with younger citizens. The economy in the county is stable but not growing and there is no reason to expect a growth in property taxes during the five-year period of this plan. The Board also reviewed usage statistics for the library. The services of the library are well used according to the Kentucky Department for Libraries and Archives statistics. Usage is above average for a county the size of Henderson County. Door count and circulation statistics, as well as other data, indicate a healthy, vibrant library although there is a trending decrease in traditional book circulation in favor of E-books and Internet access.

To evaluate the library and help plan for the future, input was gathered from the Board, staff and the community to discuss the strengths, weaknesses, and potential goals for the library. The board and staff completed online surveys. Staff input meetings were also held. Printed surveys were distributed in the library to patrons, and an online survey was placed on the library's website. In addition to surveys, four public input meetings were held. Overall response to the surveys was excellent with over 200 total responses being received.

No glaring library deficiencies were identified as a result of the Board, staff, and community input. However, common themes were identified. First and foremost, there is a need for more space and better-designed space. It was clearly communicated at all levels that the current space is inadequate. There were many comments from patrons on ways to improve and add to the collection. Also, there were many ideas for community outreach.

The community input sessions showed great support and appreciation for the many programs and services of the library. The library's usage statistics show that the community values and uses the library's resources.

In its final planning session, after considering all the input, the Board set three major goals for the next five years. While each individual idea and issue could not be included, the Board focused on those that were mentioned the most and those that had the greatest community focus. All other input was evaluated by the Board for possible inclusion in future planning.

Henderson County Public Library Strategic Plan 2015-2020

# Timetable

The Board of Trustees of the Henderson County Public Library determined the need for expanded strategic planning and voted to hire Miller Consulting Group, LLC to lead the process for creating a strategic plan for 2015-2020 and to assist with the Board's creation of the complete plan document. The Board approved the following timetable.

### Strategic Planning Process



Henderson County Public Library Strategic Plan 2015-2020

# Methodology

The fundamental goal during the strategic planning process was one of inclusion and openness. The process for creating and writing the strategic plan for the Henderson County Public Library followed the traditional method of evaluation of current strengths, weaknesses, opportunities, and threats. Specific variables that impact the Library and the citizens of Henderson County were evaluated to determine how they might impact the Library and its ability to serve the community. These variables included current library use, current and projected population as well as the impact of population growth on library use, and an estimation of future population changes in the County.



### Strategic Plan Timeframe

This strategic plan covers the 2015-2020 budget years, beginning on July 1, 2015 and ending on June 30, 2020. The plan allows for flexibility and leaves room in the final year for action items that might need to be pushed back due to unforeseen events.

### Evaluation of Future Income and Expenses

In addition to reviewing the population and usage estimates, the Library Board examined different budget scenarios to evaluate potential revenue and expenses. This was accomplished by a thorough evaluation of past expenses and income, current budget, and projected expenses and income using current trends.

### Role of Consultant
Dan Miller, of Miller Consulting Group, met regularly with Library Director Essy Day and the Board of Directors; he also led the board, staff and community input sessions. Miller Consulting Group generated the strategic plan report using the information gathered and the decisions of the Board.

Henderson County Public Library Strategic Plan 2015-2020

# Library Mission And Vision Statement

The Library Board of Trustees determined that there should be a Mission and Vision Statement for the Henderson County Public Library. After reviewing many other Mission and Vision Statements from other libraries, the following Mission and Vision Statement was approved at the December 11th meeting of the Board. The strategic plan reflects this Mission and Vision.

### Mission

The Henderson County Public Library provides access to information and opportunities to pursue lifelong learning, economic and cultural enrichment, and recreational enjoyment.

### Vision

The Henderson County Public Library will connect the entire community with resources, services, and ideas!

Henderson County Public Library Strategic Plan 2015-2020

# Kentucky Public Library Standards

The Kentucky Public Library Association in cooperation with the Kentucky Department for Libraries and Archives has established standards for measurement of public library services. Public libraries are judged to be essential, enhanced, or exemplary based on measurements established by the Standards Committee. The Henderson County Public Library completes a self-evaluation bi-yearly to determine progress made toward achieving exemplary status.

Throughout the strategic planning process, the Standards were used as a measurement tool for successful accomplishment of the plan goals. The Henderson County Public Library seeks to improve in each of the seven standards areas during each measurement period in order to reach and maintain exemplary status.

> "Planning is the keystone for a dynamic, evolving organization. For years the public library community has embraced planning as a core value. The most effective tool for evaluating a library's progress and defining goals for future development is a written plan. Planning is a prelude to effective utilization of standards and is reflected in the seven key service areas of Kentucky Public Library Standards.
>
> Standards provide a guide to excellence. They define the kind of public library services that should be available to all Kentuckians. Stressing ongoing planning and evaluation, standards provide baseline data and establish a strong foundation from which to develop local goals to address local needs. They are an essential assessment tool to use in evaluating the library's effectiveness and a guide to assist in planning for improved services. The utilization of standards can maximize the library's role in the community by focusing resources. The ultimate outcome is heightened visibility and support for the library." *

The Seven Standards are:
- Governance and Administration
- Human Resources
- Collections
- Services
- Facilities
- Technology
- Marketing/Public Relations

The entire standards document is available at:
http://kpla.org/wp-content/uploads/KPLA-Standards-5th-edition-2014-2015.pdf

*"Introduction" Kentucky Public Library Standards: Direction and Service for the 21st Century, 5th Edition, 2014-2015. Kentucky Public Library Association in cooperation with the Kentucky Department for Libraries and Archives.

Henderson County Public Library Strategic Plan 2015-2020

# Evaluation of Population Growth and Distribution

Using data provided by the Kentucky Data Center at the University of Louisville and by the United States Census Bureau, the Library Board looked at population projections for 2015, 2020 and 2025. Henderson County is projected to grow at a slow pace. Barring a significant event, there are no indicators of quick growth in the future. The current estimated population is 46,500. The population is projected to grow to only 48,000 by 2025. While the growth is not significant, it is steady and will impact the needs and services of the library.



Source- US Census Projections/Kentucky Data Center

See Appendix #1 for more detailed information about US Census projections for Kentucky and Henderson County.

Henderson County Public Library Strategic Plan 2015-2020

# Library Usage

The Henderson County Public Library has recorded statistics on a variety of usage measurements. Statistical areas include: attendance, circulation, computer usage and the number of public meetings held. Usage data is compiled and reported to the Kentucky Department for Libraries and Archives annually.

The Library Board determined that usage statistics were useful in predicting future need by using the projected population and current usage levels. Three main usage projections— number of library card holders, number of library visits and number of items circulated—were used to help identify possible strategic plan goals. Current usage and future population data were used to project future usage.



Henderson County Public Library Strategic Plan 2015-2020

# Library Usage-Continued





Henderson County Public Library Strategic Plan 2015-2020

# Community Input

The Library Board and Library Director asked that the strategic planning process include input from the staff and the community. In addition to an online survey for staff, two meetings were held for the staff to provide input. The staff discussed many ideas and identified several opportunities for internal improvement. The Board and Library Director reviewed all suggestions from the staff.

Four input sessions were held at the library to solicit ideas and opinions from residents of Henderson County. Public input was also sought through the use of survey cards and an online survey. Over 200 individuals either participated in the meetings or completed surveys.

At each meeting, after the consultant shared the basic demographic, usage, and census data with the group, he led the participants through a discussion of library strengths, weaknesses, and opportunities. Each person attending was encouraged to give input. Each meeting ended only when the participants were satisfied that their views were recorded. The questions on the survey cards and the online survey were open ended, thus giving those responding the opportunity to comment on any area of library service.

## Meeting Type and Date

The following meetings and input opportunities were utilized to seek input and involvement in the strategic plan process:

Staff Input Sessions:
October 10th (two sessions)

Community Input Sessions
November 6, 2014, 10a.m., Noon, 5 p.m. and 6pm (four sessions)

Community Input through Card and Online Surveys
October and November, 2014

Henderson County Public Library Strategic Plan 2015-2020

# S.W.O.T Analysis

The best way to begin planning for the future is to understand where an organization stands currently. A common way to accomplish that understanding is to evaluate Strengths, Weaknesses, Opportunities, and Threats (S.W.O.T). This strategic plan was created by first evaluating the S.W.O.T. as perceived by all main constituency groups: the Library Board of Trustees, the staff, and the community. As the community input sessions were open, a good cross section of community leaders, library users, and residents of Henderson County participated. The community input sessions focused on strengths, weaknesses, ideas and opportunities. The Library Board and staff sessions included listing threats in addition to the strengths, weaknesses, and opportunities.

The S.W.O.T. analysis was conducted using an open and inclusive process. All persons in attendance were invited to contribute any idea with the understanding there would be no judgment of merit and no criticism. All input from each session was combined and collated to provide the Library Board with a complete list of all strengths, weaknesses, opportunities, and threats that were mentioned. At a planning session on November 25th 2014, the Library Board evaluated the entire list. Using the frequency of mention and by combining like statements into categories, the Board developed the lists of Strengths, Weaknesses, Opportunities, and Ideas presented on the following pages.

The complete lists will be used by the Library Director and the Library Board to create tactical plans and budget items for each year of the five-year plan cycle.

Henderson County Public Library Strategic Plan 2015-2020

# Strengths

The following strengths were identified as the most mentioned and relevant to the strategic planning process. These are listed in order of the most mentions.

- Staff

- Programs

- Collection

- Facility/Location

# Weaknesses

The following weaknesses were identified as the most mentioned and relevant to the strategic planning process. These are listed in order of the most mentions. Weaknesses do not imply problems, but are areas where the constituents see room for improvement. Weaknesses related to internal processes will be addressed through tactical plans and in the budget.

- Facility – space, parking and general layout

- Collection

- Programs

Henderson County Public Library Strategic Plan 2015-2020

# Opportunities and Ideas

Many ideas and opportunities were presented during the input process. All input was reviewed by the Board and divided into five categories. The Board and staff will use the complete list of ideas as they consider goals related to the following:

- Facility/Space

- Programs

- Collection

# Threats

Threats are almost always external to the institution. While there is rarely any action to be taken, it is important that the board be aware of them and prepared just in case.

- Technology

- Lawsuits against other libraries that may impact all libraries

# Goals

Over a period of three meetings, the Library Board evaluated demographics, usage, population and census data, and budget projections to create primary goals for the 2015-2020 budget years. Strengths were seen as tools to accomplish goals, weaknesses and opportunities were used to determine the goals.

To be successful, the Board sought to make each goal specific, measurable, achievable, realistic, and time-bound. Each goal is evaluated as to the strengths the goal uses and the weaknesses it addresses. Specific steps toward achieving success for each goal are listed, and each goal has deadlines that are realistic and measurable.

Improvement in each area of the Kentucky Public Library Standards is addressed and included as a measurement tool.

**Ongoing Process**

Each year of the strategic plan, the Library Director will present a budget to the Board that addresses the goals and the steps needed to accomplish the goals.  The annual budget may include additional goals as set by the Board.

All input gained from the staff and community during strategic planning sessions will be evaluated by the Director and incorporated, when possible, into the yearly plans.

Henderson County Public Library Strategic Plan 2015-2020

## Goal #1- Facility

Create a comprehensive Facility Plan to guide expansion and renovation of the facility using property recently purchased by the library.

| Action Item: | Assigned to: | Due date: |
|---|---|---|
| Include money in budget to hire an architect. | Board of trustees | 5/2015 |
| Create a facility review committee- representative from staff, trustees and patrons | Essy Day Board of Trustees | 7/1/15 |
| Facility review committee begins meeting | Facility Review Committee | 7/2015 |
| Review progress and needs identified by staff and patrons: Utilizing special interest meetings with staff, patrons and community groups. | Facility Review Committee | 7/2015-10/2015 |
| Present recommendations to the Board. | Facility Review Committee Board of Trustees | November Board meeting 2015 |
| Evaluate recommendations for inclusion in future budgets. | Board of Trustees Essy Day | 11/2015-5/201 |
| Include funding in budget to begin expansion/renovation | Board of Trustees Essy Day | 5/2016 |

Goal #1

| Strengths Used: | Weaknesses or Opportunities Addressed: | State Standards Addressed: |
|---|---|---|
| Staff | Facility/Space | Facilities |
| Facility | | Marketing |
| | | Governance & Admin |

Henderson County Public Library                                                                    16

Henderson County Public Library Strategic Plan 2015-2020

## Goal #2-Outreach

Evaluate all Library outreach programs to determine the need for expansion or change.

| Action Item: | Assigned to: | Due date: |
|---|---|---|
| Assign staff program leader to lead evaluation process | Essy Day | 7/1/15 |
| Evaluate all current programs for need and relevance. Involve Director, staff, and patrons | Staff program leader | 7/1/15-12/31/15 |
| Evaluate possible new programs for need and relevance. Involve Director, staff, and patrons | Staff program leader | 7/1/15-12/31/15 |
| Present findings, recommendations to Director for budget consideration | Staff program leader Essy Day | 1/1/16-1/31/16 |
| Recommend changes for inclusion in budget | Essy Day | 4/30/16 |
| Implementation | Essy Day Staff program leader | 7/1/16-6/30/18 |

### Goal #2

| Strengths Used: | Weaknesses or Opportunities Addressed: | State Standards Addressed: |
|---|---|---|
| Staff | Outreach | Services |
| Programs | | Collections |
| Collection | | Governance & Admin |
| | | Marketing |

Henderson County Public Library Strategic Plan 2015-2020

## Goal #3-Collection

Evaluate the Library's collection to determine the need for expansion or change related to the renovation and expansion of the facility.

| Action Item | Assigned to: | Due date: |
|---|---|---|
| Assign staff program leader to lead evaluation process | Essy Day | 7/1/17 |
| Evaluate current collection for need and relevance. Involve Director, staff, and patrons | Staff program leader | 7/1/17-12/31/17 |
| Evaluate possible additions to collection due to new space. Involve Director, staff, and patrons | Staff program leader | 7/1/17-12/31/17 |
| Present findings, recommendations to Director for budget consideration | Staff program leader Essy Day | 1/1/18-1/31/18 |
| Recommend additions for inclusion in budget | Essy Day | 4/30/18 |
| Implementation | Essy Day Staff program leader | 7/1/18-6/30/19 |

Goal #3

| Strengths Used | Weaknesses or Opportunities Addressed | State Standards Addressed |
|---|---|---|
| Staff | Collection | Collections |
| Collection | Facility/Space | Marketing |
| | | Governance & Admin |

Henderson County Public Library Strategic Plan 2015-2020

# Resources

Kentucky State Data Center. *2010 Population Projections.* Louisville, KY, USA: University of Louisville, Kentucky State Data Center, 2010.

Nelson, Sandra S. *Strategic Planning for Results.* Chicago, IL, USA: American Library Association, 2001. Print.

Nelson, Sandra S. *The New Planning for Results: a Streamlined Approach.* Chicago, IL, USA: American Library Association, 2001. 2nd edition. Print.

American Library Association. *State of America's Libraries Report-2014.* Chicago, IL, USA: American Library Association, 2014. Print.

Henderson County Public Library Strategic Plan 2015-2020

# Appendix #1- Population Projections

**Total Population, Census 2000 and 2010, Projections 2015-2050: State, ADDs, and Counties**

| | Census 2000 | Census 2010 | 2015 | 2020 | 2025 | Projections 2030 | 2035 | 2040 | 2045 | 2050 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kentucky | 4,041,769 | 4,339,367 | 4,508,429 3.62% | 4,672,754 3.62% | 4,820,390 3.16% | 4,951,178 2.71% | 5,063,331 2.27% | 5,162,282 1.95% | 5,254,978 1.76% | 5,349,720 1.80% |
| Henderson | 44,829 | 46,250 | 47,017 1.66% | 47,600 1.24% | 47,882 0.62% | 48,122 0.27% | 47,975 -0.31% | 47,576 -0.83% | 47,072 -1.06% | 46,635 -0.93% |

Kentucky State Data Center, University of Louisville, 2011

Henderson County Public Library

20

Henderson County Public Library

## Appendix #2 – HCPL Usage Statistics



Henderson County Public Library
Usage Statistics: FY2013
Projected Statistics: FY2015 / FY2020 / FY2025

**Henderson County Population (2)**

| YEAR | Projected Population | Estimated Population | Projected 5-year %PopChange |
|---|---|---|---|
| (1) FY2025 | 47,992 | | 0.82% |
| (1) FY2020 | 47,600 | | 1.24% |
| (1) FY2015 | 47,017 | | 1.66% |
| FY2013 | | 46,513 | |
| (1) FY2010 | 46,250 | | |

**# Library Card Holders (2)**

| YEAR | Projected # Card Holders | Actual # Card Holders | # Card Holders as%ofPop |
|---|---|---|---|
| (1) FY2025 | 29,458 | | |
| (1) FY2020 | 29,217 | | |
| (1) FY2015 | 28,859 | | |
| FY2013 | | 28,550 | 61% |

**# Library Visits (2)**

| YEAR | Projected Visits | Actual Visits | Avg Visits per Resident |
|---|---|---|---|
| (1) FY2025 | 228,571 | | |
| (1) FY2020 | 226,908 | | |
| (1) FY2015 | 225,731 | | |
| FY2013 | | 221,333 | 4.8 |

**# Meetings (2)**

| YEAR | Projected Meetings | Actual Meetings | Avg Meeting per Resident |
|---|---|---|---|
| (1) FY2025 | 388 | | |
| (1) FY2020 | 385 | | |
| (1) FY2015 | 380 | | |
| FY2013 | | 376 | 0.01 |

**Internet Usage (2)**

| YEAR | Projected Internet Use | Actual Internet Use | Avg Internet Use per Resident |
|---|---|---|---|
| (1) FY2025 | 38,933 | | |
| (1) FY2020 | 38,020 | | |
| (1) FY2015 | 37,555 | | |
| FY2013 | | 37,152 | 0.80 |

**Circulation (All Media) (2)**

| YEAR | Projected Circulation | Actual Circulation | Avg Circulation per Resident |
|---|---|---|---|
| (1) FY2025 | 426,449 | | |
| (1) FY2020 | 421,974 | | |
| (1) FY2015 | 416,806 | | |
| FY2013 | | 412,338 | 8.87 |

**Programs (2)(2)**

| YEAR | Projected Programs | Actual Programs | Avg Program per Resident |
|---|---|---|---|
| (1) FY2025 | 711 | | |
| (1) FY2020 | 705 | | |
| (1) FY2015 | 696 | | |
| FY2013 | | 689 | 0.01 |

**Attendance per Program (2)(2)**

| YEAR | Projected Attendance | Actual Attendance | Avg Attendance per Program |
|---|---|---|---|
| (1) FY2025 | 10,641 | | |
| (1) FY2020 | 10,554 | | |
| (1) FY2015 | 10,425 | | |
| FY2013 | | 10,313 | 15 |

NOTE: Henderson County ranked in the TOP 10 in Circulation of electronic media per Capita per the 2013 KDLA Library Report.

(1) Source: KY State Data Center: Projection of Total Population; Henderson County, KY
(2) Source: 2014 Statistical Report of KY Public Libraries FY2012-2013, Dept for Libraries & Archives, KY Education Cabinet Field Services Division Publication

Henderson County Public Library Strategic Plan 2015-2020

# Appendix #3-Mapping the 2010 U.S. Census

Mapping the 2010 U.S. Census - NYTimes.com                                    1/8/15, 6:57 PM

**The New York Times**

## Mapping the 2010 U.S. Census

Share this view on  Twitter or  Facebook

Browse population growth and decline, changes in racial and ethnic concentrations and patterns of housing development.



**Change in population since 2000**
- Over 20% increase
- 10% to 20%
- 0% to 10%
- 0% to -10%
- -10% to -20%
- Over 20% decline

Illinois

| | | |
|---|---|---|
| 2010 POPULATION | | CHANGE FROM 2000 |
| 12,830,632 | | +3.3% |

| RACE/ETHNICITY | SHARE OF POP | CHANGE FROM 2000 |
|---|---|---|
| Whites: | 64% | -3% |
| Blacks: | 14% | -1% |
| Hispanics: | 16% | +32% |
| Asians: | 5% | +38% |
| Native Amer.: | 0% | +3% |
| Multiracial: | 1% | +18% |
| Other groups: | 0% | +14% |



By MATTHEW BLOCH  SHAN CARTER and ALAN McLEAN | Source: Census Bureau; socialexplorer.com

http://projects.nytimes.com/census/2010/map

Page 1 of 1

Henderson County Public Library                                            22