246737

*Electronically Filed*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-108-JHM

CALEB MAY                                                                                            PLAINTIFF

v.

HENDERSON COUNTY PUBLIC LIBRARY; *et al.*                                    DEFENDANTS

---

## NOTICE OF CONVENTIONAL FILING

Come the Defendants, Henderson County Public Library, Joan Hoffman, Susan Thurman, Steve Twedell, Bobbie Jarrett, and Arlene Alexander (hereinafter collectively referred to as "Defendants"), by and through counsel, and for their Notice of Conventional Filing as it relates to their Response to Plaintiff's Verified Motion for Preliminary Injunction, hereby state as follows:

1.      Defendants refer to a Zoom conference recording as "Exhibit B" in their Response to Plaintiff's Verified Motion for Preliminary Injunction.

2.      The recording cannot be filed in electronic form. Accordingly, Defendants state that it is necessary to file the recording directly with the clerk's office.

3.      A copy of the recording has been served conventionally to Plaintiff.

Respectfully submitted,

Keuler, Kelly, Hutchins, Blankenship, & Sigler, LLP
100 South 4th Street, Suite 400
Paducah, KY 42001
Tel. No. (270) 448-8888
Fax No. (270) 448-0998

By:  /s/ Stacey A. Blankenship
     Stacey A. Blankenship
     Kristen N. Worak

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to the following:

BRIAN SCHUETTE
SCHUETTE LAW GROUP
719 DISHMAN LANE EXT.
BOWLING GREEN, KY 42104
Email: brian@slg.legal
*Counsel for Plaintiff*

By:  /s/ Stacey A. Blankenship
     Stacey A. Blankenship

2