**Case #:** 4:20-CV-108-JHM

**Date Filed:** 9-10-20

**Filer & Counsel:** Deft - Stacey Blankenship

**Received by:** J. Tierney

**Re: Document No., if applicable:** 11

**Detailed Description of Document(s) filed, but NOT SCANNED:**

CD-Rom