# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | |
|---|---|
| **CALEB H. MAY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **-vs-** ) | |
| ) | |
| **HENDERSON COUNTY PUBLIC** ) | |
| **LIBRARY,** ) | |
| ) | |
| **JOAN HOFFMAN, Individually and in** ) | |
| her Official Capacity as Trustee, ) | **Case No. 4:20-cv-00108-JHM-HBB** |
| ) | |
| **SUSAN THURMAN, Individually and in** ) | **JURY DEMAND** |
| her Official Capacity as Trustee, ) | |
| ) | |
| **STEVE TWEDDELL, Individually and in** ) | **(*Electronically Filed*)** |
| his Official Capacity as Trustee, ) | |
| ) | |
| **BOBBIE JARRETT, Individually and in** ) | |
| her Official Capacity as Trustee, ) | |
| ) | |
| **And** ) | |
| ) | |
| **ARLENE ALEXANDER, Individually** ) | |
| and in her Official Capacity as Trustee, ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE REPLY TO DEFENDANTS' RESPONSE

Comes the Plaintiff, Caleb H. May, by counsel, and for his Motion for an Extension of Time

to File Reply to Defendants' Response regarding Plaintiff's Motion for Preliminary Injunction, states

as follows.

On August 19, 2020, the Plaintiff, Caleb H. May, filed his Motion for Preliminary Injunction,

requesting an Order reinstating him to his position as Director of the Henderson County Public

1

Library.  The Defendants' Response to this Motion was filed on September 8, 2020 and Plaintiff's Reply is due to the Court on September 22, 2020.

On September 10, 2020, an immediate family member for the undersigned counsel had surgery and the undersigned counsel was preoccupied with that family member's care for several days following the surgery.  For this reason, the Plaintiff respectfully requests an additional seven (7) days to file his Reply to the Defendants' Response to the Plaintiff's Motion for Preliminary Injunction.

WHEREFORE, the Plaintiff, Caleb H. May, requests an extension of time for filing his Reply to the Defendants' Response to the Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was this 22nd day of September, 2020 filed through the Court's e-filing system upon the following:

Stacey A. Blankenship
Keuler Kelly Hutchins Blankenship & Sigler, LLP
100 S. Fourth Street, Suite 400
Paducah, KY 42001
sblankenship@kkhblaw.com

/s Brian Schuette, Esq.