**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **CALEB H. MAY,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **HENDERSON COUNTY PUBLIC** | ) | |
| **LIBRARY,** | ) | |
| | ) | |
| **JOAN HOFFMAN, Individually and in** | ) | |
| her **Official Capacity as Trustee,** | ) | |
| | ) | |
| **SUSAN THURMAN, Individually and in** | ) | **Case No. 4:20-cv-00108-JHM-HBB** |
| her **Official Capacity as Trustee,** | ) | |
| | ) | **JURY DEMAND** |
| **STEVE TWEDDELL, Individually and in** | ) | |
| his **Official Capacity as Trustee,** | ) | |
| | ) | |
| **BOBBIE JARRETT, Individually and in** | ) | |
| her **Official Capacity as Trustee,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ARLENE ALEXANDER, Individually** | ) | |
| and in her **Official Capacity as Trustee,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER GRANTING MOTION FOR EXTENSION
## OF TIME TO FILE REPLY

This matter having come before the Court upon the Plaintiff's Motion for Extension of Time

to File Reply to Defendants' Response to Plaintiff's Motion for Preliminary Injunction, and the Court

being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1

1.     The Plaintiff is granted an extension of time to file his Reply to Defendants' Response

to Plaintiff's Motion for Preliminary Injunction.

2.     The Plaintiff shall file his Reply on or before September 29, 2020.

This _____ day of _____, 2020.

_____
Judge

Tendered by:

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*


Copies to:

Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
brian@slg.legal

Stacey A. Blankenship
Keuler Kelly Hutchins Blankenship & Sigler, LLP
100 S. Fourth Street, Suite 400
Paducah, KY 42001
sblankenship@kkhblaw.com