# 2020-09-29 Declaration of May

Final Audit Report                                                    2020-09-29

| | |
|---|---|
| Created: | 2020-09-29 |
| By: | Brian Schuette (brian@slg.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARM8m803oKGOt6dE3c3_uf2JHm43YAe5F |

## "2020-09-29 Declaration of May" History

🗂 Document created by Brian Schuette (brian@slg.legal)
2020-09-29 - 6:51:18 PM GMT- IP address: 107.77.235.64

📧 Document emailed to Caleb H. May (calebhmay@gmail.com) for signature
2020-09-29 - 6:52:01 PM GMT

🗂 Email viewed by Caleb H. May (calebhmay@gmail.com)
2020-09-29 - 6:52:14 PM GMT- IP address: 66.102.6.236

✍ Document e-signed by Caleb H. May (calebhmay@gmail.com)
Signature Date: 2020-09-29 - 7:03:01 PM GMT - Time Source: server- IP address: 74.133.90.70

✅ Agreement completed.
2020-09-29 - 7:03:01 PM GMT

Adobe Sign