# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

|  |  |  |
|---|---|---|
| **CALEB H. MAY,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **HENDERSON COUNTY PUBLIC LIBRARY,** | ) | |
| | ) | |
| **JOAN HOFFMAN, Individually and in** her Official Capacity as Trustee, | ) | **Case No. 4:20-cv-00108-JHM-HBB** |
| | ) | |
| **SUSAN THURMAN, Individually and in** her Official Capacity as Trustee, | ) | **JURY DEMAND** |
| | ) | |
| **STEVE TWEDDELL, Individually and in** his Official Capacity as Trustee, | ) | (*Electronically Filed*) |
| | ) | |
| **BOBBIE JARRETT, Individually and in** her Official Capacity as Trustee, | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ARLENE ALEXANDER, Individually** and in her Official Capacity as Trustee, | ) | |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION OF REPLY

Comes the Plaintiff, Caleb H. May, by counsel, and for his Motion for Leave to Exceed Page Limitation of Reply, states as follows.

The Plaintiff's Reply to Defendants' Response to Motion for Preliminary Injunction exceeds the page limitation of fifteen (15) pages as set forth in Local Rule 7.1(d). Specifically, Plaintiff's Reply is nineteen (19) pages. However, the Defendants' Response asserts so many allegations that it is not

possible for the Plaintiff to address all of them within the 15-page limit.  Therefore, the Plaintiff seeks leave of court to exceed the page limitation by four (4) pages.

WHEREFORE, the Plaintiff, Caleb H. May, requests an order granting leave to exceed the page limitation for his Reply to the Defendants' Response to the Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing was this 29th day of September, 2020 filed through the Court's e-filing system upon the following:

Stacey A. Blankenship
Keuler Kelly Hutchins Blankenship & Sigler, LLP
100 S. Fourth Street, Suite 400
Paducah, KY 42001
sblankenship@kkhblaw.com

/s Brian Schuette, Esq.