# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | |
|---|---|
| CALEB H. MAY,          ) | |
|          ) | |
|   *Plaintiff*,     ) | |
|          ) | |
| -vs-          ) | |
|          ) | |
| HENDERSON COUNTY PUBLIC LIBRARY,  ) | |
|          ) | |
| JOAN HOFFMAN, Individually and in her Official Capacity as Trustee,  ) | |
|          ) | |
| SUSAN THURMAN, Individually and in her Official Capacity as Trustee,  ) | Case No. 4:20-cv-00108-JHM-HBB |
|          ) | JURY DEMAND |
| STEVE TWEDDELL, Individually and in his Official Capacity as Trustee,  ) | |
|          ) | |
| BOBBIE JARRETT, Individually and in her Official Capacity as Trustee,  ) | |
|          ) | |
| And          ) | |
|          ) | |
| ARLENE ALEXANDER, Individually and in her Official Capacity as Trustee,  ) | |
|          ) | |
|   *Defendants.*   ) | |

## AGREED ORDER GRANTING PLAINTIFF LEAVE TO EXCEED PAGE LIMITATION OF REPLY

This matter having come before the Court upon the Plaintiff's Motion for Leave to Exceed Page Limitation of Reply, the parties now being in agreement, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiff is granted leave to exceed the 15-page limitation set forth in Local Rule 7.1(d) for his Reply to Defendants' Response to Plaintiff's Motion for Preliminary Injunction.

This _____ day of _____, 2020.

_____

HAVE SEEN AND AGREE:

/s Brian Schuette
SCHUETTE LAW GROUP
*Counsel for Plaintiff*

/s Stacey Blankenship (with permission via email)
Keuler Kelly Hutchins Blankenship & Sigler, LLP
*Counsel for Defendants*

Tendered by:

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*

Copies to:

Brian Schuette, Esq.
SCHUETTE LAW GROUP
brian@slg.legal

Stacey A. Blankenship
Keuler Kelly Hutchins Blankenship & Sigler, LLP
sblankenship@kkhblaw.com