**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

_____

| | |
|---|---|
| **CALEB H. MAY** | ) |
| | ) |
| **PLAINTIFF** | ) |
| **v.** | ) |
| | ) **Civil Action No. 4:20cv-00108-JHM** |
| **HENDERSON COUNTY PUBLIC** | ) SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| **LIBRARY; JOAN HOFFMAN;** | ) |
| **SUSAN THURMAN; STEVE TWEDDELL;** | ) |
| **BOBBIE JARRETT; and** | ) |
| **ARLENE ALEXANDER,** *Individually and* | ) |
| *in their Official Capacities as Trustees* | ) |
| | ) |
| **DEFENDANTS** | ) |

## REPORT

A telephonic conference was conducted in this action on October 1, 2020, with the undersigned presiding. Participating in the conference were Amanda Blakeman on behalf of Brian L. Schuette for the Plaintiff and Stacey A. Blankenship for the Defendants. Counsel for the parties and the Court discussed the prospect of consolidating the injunction and advancing the trial on the merits. The Magistrate Judge will report the discussions to Senior Judge McKinley and the Court will determine how to proceed in this matter.

Counsel for the parties were advised to contact Case Manager Kelly Lovell by October 7, 2020, to advise if they are interested in participating in a settlement conference with the undersigned.

ENTERED this

Copies to:    Counsel of Record

0|16