IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CALEB H. MAY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| HENDERSON COUNTY PUBLIC | ) | |
| LIBRARY, | ) | |
| | ) | |
| JOAN HOFFMAN, Individually and in | ) | |
| her Official Capacity as Trustee, | ) | |
| | ) | |
| SUSAN THURMAN, Individually and in | ) | Case No. 4:20-cv-00108-JHM-HBB |
| her Official Capacity as Trustee, | ) | |
| | ) | JURY DEMAND |
| STEVE TWEDDELL, Individually and in | ) | |
| his Official Capacity as Trustee, | ) | |
| | ) | |
| BOBBIE JARRETT, Individually and in | ) | |
| her Official Capacity as Trustee, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| ARLENE ALEXANDER, Individually | ) | |
| and in her Official Capacity as Trustee, | ) | |
| | ) | |
| *Defendants.* | ) | |

**AGREED ORDER GRANTING PLAINTIFF LEAVE
TO EXCEED PAGE LIMITATION OF REPLY**

This matter having come before the Court upon the Plaintiff's Motion for Leave to Exceed Page Limitation of Reply [16], the parties now being in agreement, and the Court being otherwise sufficiently advised,

1

IT IS HEREBY ORDERED that the Plaintiff is granted leave to exceed the 15-page limitation set forth in Local Rule 7.1(d) for his Reply to Defendants' Response to Plaintiff's Motion for Preliminary Injunction.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge

United States District Court

October 12, 2020

HAVE SEEN AND AGREE:

/s Brian Schuette
SCHUETTE LAW GROUP
*Counsel for Plaintiff*

/s Stacey Blankenship (with permission via email)
Keuler Kelly Hutchins Blankenship & Sigler, LLP
*Counsel for Defendants*

Tendered by:

/s Brian Schuette, Esq.
SCHUETTE LAW GROUP
719 Dishman Lane Ext.
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
brian@slg.legal
*Counsel for the Plaintiff*

Copies to:

Brian Schuette, Esq.
SCHUETTE LAW GROUP
brian@slg.legal

Stacey A. Blankenship
Keuler Kelly Hutchins Blankenship & Sigler, LLP
sblankenship@kkhblaw.com

2