UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-108-JHM

CALEB MAY                                                                    PLAINTIFF

v.

HENDERSON COUNTY PUBLIC LIBRARY; *et al.*                    DEFENDANTS

---

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
DEFENDANTS' SUPPLEMENTAL RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

Defendants, Henderson County Public Library, Joan Hoffman, Susan Thurman, Steve Twedell, Bobbie Jarrett, and Arlene Alexander, having filed a Motion for Leave to Supplemental Response in Opposition to Plaintiff's Motion for Preliminary Injunction, and the Court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File a Supplemental Response in Opposition to Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED**. The Clerk is directed to file the Supplemental Response attached as Exhibit A to the Defendants' Motion [DN 24].

**IT IS FURTHER ORDERED** that Plaintiff may file a reply **on or before November 6, 2020.**

Joseph H. McKinley Jr., Senior Judge
United States District Court

October 15, 2020

cc: All Parties