**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

_____

|  |  |
|---|---|
| **CALEB H. MAY** | ) |
| | ) |
| **PLAINTIFF** | ) |
| **v.** | ) |
| | ) **Civil Action No. 4:20cv-00108-JHM** |
| **HENDERSON COUNTY PUBLIC** | ) SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| **LIBRARY; JOAN HOFFMAN;** | ) |
| **SUSAN THURMAN; STEVE TWEDDELL;** | ) |
| **BOBBIE JARRETT; and** | ) |
| **ARLENE ALEXANDER,** *Individually and* | ) |
| *in their Official Capacities as Trustees* | ) |
| | ) |
| **DEFENDANTS** | ) |

## REPORT

A settlement conference was held in this matter on October 30, 2020, commencing at 1:00 p.m. and ending at approximately 3:15 p.m. Those appearing at the conference were as follows:

| | |
|---|---|
| For the Plaintiff: | Brian L. Schuette, Attorney |
| | Caleb H. May, Plaintiff |
| | |
| For the Defendant: | Stacey A. Blankenship, Attorney |
| | Tim Arnold, Claims Representative |
| | J. Christopher Hopgood, Attorney for Library Board |
| | Susan Thurman, Defendant, Library Board Trustee |
| | Arlene Alexander, Defendant, Library Board Trustee |

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Senior Judge Joseph H. McKinley, Jr.

ENTERED this  November 5, 2020


H. Brent Brennenstuhl
United States Magistrate Judge


Copies to:    Counsel of Record


2|15