249550

*Electronically Filed*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-108-JHM

CALEB MAY                                                           PLAINTIFF

v.

HENDERSON COUNTY PUBLIC LIBRARY; *et al.*                           DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties that this matter may be dismissed, with prejudice; and the

Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the above captioned matter,

including all claims asserted or that could have been asserted by any party relating to the subject

matter of this action, are voluntarily dismissed, with prejudice.  Each party shall bear their own

costs.

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 4, 2020

cc: counsel

**HAVE SEEN AND AGREED:**


/s/ Stacey A. Blankenship
STACEY A. BLANKENSHIP
KRISTEN N. WORAK
KEULER, KELLY, HUTCHINS,
BLANKENSHIP & SIGLER LLP
100 S 4TH ST, SUITE 400
PADUCAH, KY 42001
Email: sblankenship@kkhblaw.com
Email: kworak@kkhblaw.com
*Attorneys for Defendants*


/s/ Brian Schuette, Esq. (with permission)
BRIAN SCHUETTE, ESQ.
SCHUETTE LAW GROUP
719 DISHMAN LANE EXT.
BOWLING GREEN, KY 42104
Email: brian@slg.legal
*Attorneys for Plaintiff*